IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Civil Case No. 7:25-cv-00973-D-BM

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ENJOY THE CITY NORTH, INC. d/b/a SAVEAROUND<br><br>    Defendant. | **NOTICE OF SPECIAL APPEARANCE OF ANTHONY PARONICH** |

Please take notice that the undersigned, Anthony I. Paronich, hereby enters a notice of special appearance as counsel for Plaintiff in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Ryan Duffy.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated: June 18, 2025

    *s/ Anthony I. Paronich*
    Anthony I. Paronich
    **PARONICH LAW, P.C.**
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Tel: (617) 485-0018
    Fax: (508) 318-8100
    anthony@paronichlaw.com

    */s/ Ryan Duffy*
    Ryan Duffy
    The Law Office of Ryan P. Duffy, PLLC
    1213 W. Morehead Street
    Suit 500, Unit #450
    Charlotte, North Carolina 28208
    ryan@ryanpduffy.com
    Telephone: (704) 741-9399
    *Local Rule 83.1 Counsel*