SAVERROUND
PO BOX 2399
BINGHAMTON NY 13902



9589 0710 5270 1902 8873 07

Retail 

RDC 99


27611

U.S. POSTAGE PAID
FCM LETTER
BINGHAMTON, NY 13902
JUL 03, 2025

**$5.58**

S2324A500640-17

**RECEIVED**

JUL 08 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

US DISTRICT COURT
PO BOX 25670
RALEIGH NC 27611

27611$5670 B013

