# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## Civil Case No. 7:25-cv-00973-D-BM

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, | : |
| Plaintiff, | : |
| v. | : |
| ENJOY THE CITY NORTH, INC. d/b/a SAVEAROUND | : |
| Defendant. | : |

## [PROPOSED] ORDER ON PLAINTIFF'S MOTION
## TO STRIKE *PRO SE* ANSWER FILED BY A CORPORATION

Having considered the Plaintiff's Motion, the Court GRANTS the motion and ORDERS that the Defendant shall obtain counsel and file a responsive pleading within 14 days of the Order of this Court or it will be defaulted.

Dated: _____            _____
                                  United States District Court