IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-973-D

| | |
|---|---|
| JASON HEWETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ENJOY THE CITY NORTH, INC., ) | |
| ) | |
| Defendant. ) | |

The court GRANTS defendant's motion for extension of time to retain counsel [D.E. 8]. Defendant has until August 29, 2025, to retain counsel and to have counsel file a notice of appearance.

SO ORDERED. This 30 day of July, 2025.

JAMES C. DEVER III
United States District Judge