IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ENJOY THE CITY NORTH, INC. ) d/b/a SAVEAROUND, ) ) Defendant. ) | **NOTICE OF APPEARANCE OF KELLY MARGOLIS DAGGER** |

PLEASE TAKE NOTICE that Defendant Enjoy the City North, Inc. d/b/a SaveAround will be represented in this action by Kelly Margolis Dagger of Ellis & Winters LLP.

This the 28th day of August, 2025.

ELLIS & WINTERS LLP

/s/ Kelly Margolis Dagger
Kelly Margolis Dagger
N.C. State Bar No. 44329
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
kelly.dagger@elliswinters.com

*Counsel for Defendant Enjoy the City North, Inc. d/b/a SaveAround*