IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ENJOY THE CITY NORTH, INC. ) d/b/a SAVEAROUND, ) ) Defendant. ) | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

This matter is before the Court on Defendant Enjoy the City North, Inc. d/b/a SaveAround's motion for extension of time to respond to the complaint. Plaintiff Jason Hewett does not oppose the extension. For good cause shown, the motion is GRANTED. Defendant shall have up to and including September 22, 2025, to answer or otherwise respond to the complaint.

IT IS SO ORDERED, this the ____ day of _____, 2025.

_____
JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE