IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> ENJOY THE CITY NORTH, INC. d/b/a SAVEAROUND, </br></br> Defendant. | **NOTICE OF APPEARANCE OF CHELSEA PIERONI** |

PLEASE TAKE NOTICE that Defendant Enjoy the City North, Inc. d/b/a SaveAround will be represented in this action by Chelsea Pieroni of Ellis & Winters LLP.

This the 29th day of August, 2025.

                                                  ELLIS & WINTERS LLP

                                                  /s/ Chelsea Pieroni
                                                  Kelly Margolis Dagger
                                                  N.C. State Bar No. 44329
                                                  Chelsea Pieroni
                                                  N.C. State Bar No. 59816
                                                  Post Office Box 33550
                                                  Raleigh, North Carolina 27636
                                                  Telephone: (919) 865-7000
                                                  Facsimile: (919) 865-7010
                                                  kelly.dagger@elliswinters.com
                                                  chelsea.pieroni@elliswinters.com
                                                  *Counsel for Defendant Enjoy the City North, Inc. d/b/a SaveAround*