IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:25-CV-973-D-BM

| | |
|---|---|
| JASON HEWETT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | ) ) ) ) ) ) ) ) ) ) |
| v. | |
| ENJOY THE CITY NORTH, INC | |

**NOTICE OF SPECIAL APPEARANCE**

    Please take notice that the undersigned Andrew Roman Perrong hereby enters a notice of special appearance as attorney for Jason Hewett in the above-captioned matter, in association with Local Civil Rule 83.1(d) attorney, Ryan P. Duffy.

    I certify that I will submit any document to Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

    /s/ Andrew Roman Perrong
Andrew Roman Perrong
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
a@perronglaw.com
PA Bar. No. 333687
Attorney for Plaintiff

    /s/ Ryan P. Duffy
Ryan P. Duffy
The Law Office of Ryan P. Duffy, PLLC
1213 W. Morehead St., Suite 500, Unit #2450,
Charlotte, NC 28208

704-741-9399  
ryan@ryanpduffy.com  
NC Bar. No. 55904  
Local Civil Rule 83.1(d) Attorney for Plaintiff

2