IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| ENJOY THE CITY NORTH, INC. d/b/a SAVEAROUND, | ) ) ) |
| Defendant. | ) |

DEFENDANT SAVEAROUND'S MOTION TO STAY AND LIMIT DISCOVERY

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Defendant Enjoy the City North, Inc. d/b/a SaveAround ("SaveAround") hereby moves to stay class discovery and limit discovery to matters relevant to Plaintiff Jason Hewett's individual claims pending the Court's ruling on SaveAround's forthcoming motion for summary judgment. SaveAround certifies that the parties conferred in good faith about the issue raised in this motion and were unable to resolve it without the Court's intervention.

In support of this motion, SaveAround relies on its accompanying brief and the attached exhibits:

1. Declaration of Anthony Acquisto (redacted);

2. Declaration of David Carter (redacted);

3. Subscriber ID Data;

4. Text Message Log (redacted);

5. Plaintiff's First Set of Discovery Requests;

6. Order Granting Def.'s Mot. to Stay Class Discovery, Beard v. John Hiester Chevrolet, LLC, No. 21-cv-173-D (E.D.N.C. June 14, 2022)

This the 28th day of October, 2025.

ELLIS & WINTERS LLP

<u>/s/ Kelly Margolis Dagger</u>
Kelly Margolis Dagger
N.C. State Bar No. 44329
Chelsea Pieroni
N.C. State Bar No. 59816
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
kelly.dagger@elliswinters.com
chelsea.pieroni@elliswinters.com

*Counsel for Defendant Enjoy the City North, Inc. d/b/a SaveAround*