# EXHIBIT 1
# REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ENJOY THE CITY NORTH, INC. d/b/a SAVEAROUND, <br><br> Defendant. | DECLARATION OF ANTHONY ACQUISTO |

I, Anthony Acquisto, hereby declare the following:

1. My name is Anthony Acquisto. I serve as vice president of Sales for Enjoy The City North, Inc. d/b/a SaveAround ("SaveAround"). I have personal knowledge of the matters in this declaration.

2. SaveAround sells and advertises coupon books. SaveAround is a family-owned and operated company with over 50 years of experience.

3. SaveAround partners with Stodge, Inc. d/b/a Postscript ("Postscript") for certain SMS marketing services. SaveAround allows individuals to sign up to receive offers and discounts on coupon books through SMS text messages by enrolling a cell phone number through a pop-up message on SaveAround's website. The pop-up message is hosted by Postscript.

4. Postscript transmits text messages to users on behalf of SaveAround. SaveAround sends marketing text messages only through the Postscript platform. Users only receive SaveAround's marketing text messages through Postscript.

5. SaveAround uses Postscript's platform and sign-up process to ensure that SaveAround's text messages are sent only upon the request of an individual who registers a cell phone number and verifies that the user wishes to sign up. SaveAround purchases credits from Postscript that are applied each time a text message is sent. SaveAround effectively pays per message, so it has no incentive to send unwanted messages.

6. On April 22, 2025, Mr. Hewett, through counsel, sent SaveAround a letter alleging that SaveAround violated the Telephone Consumer Protection Act by sending marketing messages to Mr. Hewett's personal phone number, 1-910-███████.

7. Upon receipt of the demand letter, SaveAround manually opted Mr. Hewett out of receiving further messages from SaveAround.

8. SaveAround responded to the demand letter on April 23, 2025, advising Mr. Hewett's counsel that Mr. Hewett had signed up to receive the messages. SaveAround also informed Mr. Hewett's counsel that it had manually opted Mr. Hewett out of receiving further messages.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Docusign Envelope ID: 5C886304-891B-49C4-9BC7-0AA073C24EFC

Executed on this 24th day of October, 2025.

DocuSigned by:

*Anthony Acquisto*

FF8FBB41E5334B2...

Anthony Acquisto