# EXHIBIT 2
# REDACTED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) DECLARATION OF DAVID CARTER<br>)<br>) |
| ENJOY THE CITY NORTH, INC. d/b/a SAVEAROUND, | )<br>)<br>) |
| Defendant. | ) |

I, David Carter, hereby declare the following:

1. My name is David Carter. I serve as Head of Litigation and Regulatory Policy at Stodge, Inc. d/b/a PostScript ("Postscript"). I also serve as President & CEO of the Ecommerce Innovation Alliance, a trade association of over 15,000 ecommerce merchants that leads efforts to ensure that companies have the tools and resources necessary to comply with the Telephone Consumer Protection Act (TCPA) and various similar state laws.

2. I spent more than 15 years in private practice, including leading a nationwide TCPA practice. I regularly participate in the rulemaking processes at the Federal Communications Commission regarding implementation of the TCPA and have been called upon to testify before multiple state legislatures as an expert regarding the abuse of the TCPA, particularly including the threat of putative class actions, to generate frivolous litigation against law-abiding companies.

3. I have personal knowledge of the matters in this declaration, except where I indicate reliance on records of Postscript's regularly conducted business activities. I have personal knowledge of the authenticity of those records.

4. Postscript provides a software-as-a-service platform that allows ecommerce merchants to send marketing and transactional text messages ("SMS") to customers that have provided consent to receive such messages. In addition to transmitting the SMS messages that an ecommerce merchant elects to send to its consented subscribers, Postscript also provides its customers with tools that allow the merchant to create pop-ups that appear on the merchant's website and that allow website visitors to sign up to receive text messages from the merchant.

5. Enjoy the City North, Inc. d/b/a SaveAround ("SaveAround") is a Postscript customer. SaveAround has used the Postscript software to create pop-ups to collect new subscriber consent and to transmit messages to subscribers.

6. Postscript maintains records showing when a user signs up to receive SaveAround text messages utilizing one of the pop-ups created through Postscript's software. These records include the content of the pop-up through which the user signed up to receive messages, the date and time of each text message transmitted, the content of the text message, and text messages received from the user, if any. Electronic records of user sign-ups and of text messages transmitted to users are generated contemporaneously with the sign-up or transmittal of a text message. Postscript keeps these records in the ordinary course of its regularly conducted business activities of enabling sign-ups and transmitting text messages. Making and retaining these records is a regular practice of these activities.

7. Postscript's electronic records described in paragraph 3 above reflect that, on October 15, 2024, a user visited https://savearound.com/ on a mobile device and signed up to receive SaveAround marketing text messages by entering a cell phone number, 1-910-▮▮▮▮▮▮▮, in a SaveAround website pop-up, a screenshot of which is provided below:



8. As displayed above, the pop-up offered a 10% discount for signing up for text messages and stated:

> *By providing your phone number, you agree to receive recurring automated marketing text messages (e.g. cart reminders) from this shop and third parties acting on its behalf. Consent is not a condition to obtain goods or services. Msg & data rates may apply. Msg frequency varies. Reply HELP for help and STOP to cancel. You also agree to the <u>TERMS OF SERVICE</u> and <u>PRIVACY POLICY</u>.

3

9.       As of October 15, 2024, the TERMS OF SERVICE hyperlink in popup ID 484425 hyperlinked to the following URL: https://savearound.myshopify.com/policies/terms-of-service. The URL is not hosted by Postscript.

10.      As displayed above, the pop-up offered the user two choices: "Text Me The Discount Code" or "No thank you."

11.      As a leader in SMS marketing and compliance, Postscript invented and offers a patented technology to ensure that only users who enter their phone number and provide consent are enrolled to receive text messages. This technology is called Onsite Opt-In. Postscript's Onsite Opt-In was invented to help companies avoid frivolous TCPA litigation by helping to remove any reasonable doubt about whether it was *this user* -- as compared to another person -- who provided the consent.

12.      With Onsite Opt-In, after the user enters their phone number in a pop-up, such as the one depicted above, Postscript's system transmits a text message containing a unique, one-time-use verification code to the cell phone number entered in the pop-up. Postscript's system only transmits that verification code if the user enters a cell phone and clicks the relevant button, such as the "Text Me The Discount Code" depicted above.

13.      Once the text message including the unique, one-time-use verification code is received by the user on their mobile device, the user is required to enter that verification code in the pop-up in order to confirm that they desire to receive marketing text messages and that they are the person that has control of the mobile device that is being enrolled in the SMS program. In this way, Postscript's patented Onsite Opt-In technology prevents a number from being accidentally or intentionally enrolled in an SMS program without their knowledge or consent. I

4

refer to this as "proof of possession" because the user is proving they have possession of the mobile device at the time enrollment in the SMS program is occurring.

14. Postscript's Onsite Opt-In was in use on SaveAround's pop-ups as of October 15, 2024.

15. Postscript's electronic records described in paragraph 3 above reflect that, on October 15, 2024, Postscript sent a verification code to 1-910-▬▬▬▬. Therefore, a user entered the phone number 1-910-▬▬▬▬ in the pop-up displayed above, and the user clicked "Text Me The Discount Code."

16. Postscript's electronic records described in paragraph 3 above reflect that Postscript's system transmitted the following message to the phone number 1-910-▬▬▬▬: "SaveAround: Your verification code is: 3965. Enter this code in the pop-up, or reply 'Y' to this text to finish signing up."

17. Postscript's system only allows a user to sign up to receive text messages if the user completes the verification process in a manner described in the text message. In this instance, Postscript's electronic records described in paragraph 3 above reflect that the user of that entered cell phone number 1-910-▬▬▬▬ in the pop-up then entered the code "3965" in the second step of the pop-up displayed below.

5



18. By entering the code "3965" in the pop-up, the user completed the verification process. Exhibit 3 to SaveAround's motion to stay or limit discovery is a true and correct copy of Postscript's electronic records confirming that it was entry of the one-time passcode being received by Postscript's system that finalized the opt-in process.

19. Postscript's system then sent two confirmatory text messages, including a reminder that the user should "[r]eply STOP to stop."

20. Between October 15, 2024, and April 17, 2025, Postscript's system transmitted SaveAround's marketing text messages to the phone number 1-910-▮▮▮▮▮▮▮. Exhibit 4 to SaveAround's motion to stay or limit discovery is a true and correct copy of PostScript's electronic records of all text messages transmitted to 1-910-▮▮▮▮▮▮▮.

21. Postscript regularly maintains records of incoming text messages, and there is no indication in Postscript's records of receiving any incoming text messages from 1-910-▮▮▮▮▮▮▮. The user never texted "STOP" or otherwise responded to the text messages.

6

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of October 2025.

_____
G. David Carter