# EXHIBIT 3

| ID | SUBSCRIBER_ID | POPUP_ID | CREATED_AT | _SF_IS_DELETED | _SF_UPDATED_AT | _SF_UPDATED_FROM | IS_EXISTING_SUBSCRIBER | OPT_IN_METHOD | KEYWORD_ID |
|---|---|---|---|---|---|---|---|---|---|
| 60576817 | 447403622 | 484425 | 2024-10-15T15:23:57.765065Z | FALSE | 2024-10-15T09:02:57.985-07:00 | DMS | FALSE | ONE_TIME_PASSCODE | |