# EXHIBIT 4
# REDACTED

| Shop ID | Shop Name | Phone Number | Message Direction | Message Status | Created At Time | Created At Date | Message Text |
|---|---|---|---|---|---|---|---|
| 42348 | SaveAround | 1910 | OUTBOUND | succeeded | 15:23:41 | 10/15/2024 | SaveAround: Your verification code is: 3965. Enter this code in the popup, or reply "Y" to this text to finish signing up. |
| 42348 | SaveAround | 1910 | OUTBOUND | succeeded | 15:23:58 | 10/15/2024 | SaveAround: You're subscribed to recurring marketing SMS & cart reminders. Reply STOP to stop, HELP for help. Msg&Data rates may apply. Msgs powered by Postscript. |
| 42348 | SaveAround | 1910 | OUTBOUND | succeeded | 15:23:59 | 10/15/2024 | SaveAround: Welcome Saver!<br><br>Use discount code TEXT10OFF2025 to take 10% off your order!<br><br>View the 2025* SaveAround Coupon Books:<br>https://savearound.pscrpt.io/94CSG3<br><br>*Note: If your book is a "preorder" it will be in stock soon (and the code still applies) |
| 42348 | SaveAround | 1910 | OUTBOUND | succeeded | 16:35:08 | 10/23/2024 | SaveAround: 3 books for the price of 2 w/ code TREATS2024<br><br>Text Exclusive: Extra 10% off w/ code TEXT10OFF2025<br><br>Shop:<br>https://savearound.pscrpt.io/95sUOE/uhg7s7 |
| 42348 | SaveAround | 1910 | OUTBOUND | succeeded | 14:23:05 | 10/31/2024 | SaveAround: Ends Tonight: 3 books for the price of 2 w/ code TREATS2024<br><br>+ Extra 10% off w/ code TEXT10OFF2025<br><br>Shop:<br>https://savearound.pscrpt.io/96ln5s/uhg7sK |
| 42348 | SaveAround | 1910 | OUTBOUND | succeeded | 15:22:05 | 11/6/2024 | SaveAround: 24% OFF coupon books & FREE shipping w/ code THANKYOU24 (+ an extra 10% OFF w/ code TEXT10OFF2025)<br><br>Shop:<br>https://savearound.pscrpt.io/97aWO8/uhg7sG |
| 42348 | SaveAround | 1910 | OUTBOUND | succeeded | 15:21:16 | 11/27/2024 | SaveAround: Our Best Black Friday / Cyber Monday Deal EVER:<br><br>Buy one coupon book, get one FREE + FREE shipping w/ code BFCM24<br><br>(be sure to add 2+ books to your cart before checking out)<br><br>Shop Here:<br>https://savearound.pscrpt.io/9aw5tW/uhg7sg<br><br>Note: While supplies last. Can't be applied to a previous order. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42348 | SaveAround | 1910■■■ | OUTBOUND | succeeded | 17:34:08 | 12/1/2024 | SaveAround: Our Best Cyber Monday Deal EVER:<br><br>Buy one, get one FREE books + FREE shipping w/ code BFCM24<br><br>Shop Here: https://savearound.pscrpt.io/9bxZAm/uhg7sq |
| 42348 | SaveAround | 1910■■■ | OUTBOUND | succeeded | 15:23:17 | 12/2/2024 | SaveAround: BOGO books + FREE shipping ends tonight (they make great gifts!)<br><br>Use code BFCM24 @ checkout!<br><br>Shop Here: https://savearound.pscrpt.io/9bL4e4/uhg7sL |
| 42348 | SaveAround | 1910■■■ | OUTBOUND | succeeded | 17:35:32 | 12/9/2024 | SaveAround: Stuff Those Stockings: Get 5 books for the price of 3 + FREE shipping w/ code GREATGIFTS24<br><br>Shop Here: https://savearound.pscrpt.io/9d4Fs7/uhg7sY |
| 42348 | SaveAround | 1910■■■ | OUTBOUND | succeeded | 17:34:15 | 12/18/2024 | SaveAround: Text Exclusive Holiday Savings:<br><br>Buy one coupon book, get one FREE + FREE shipping w/ code HOLIDAYBOGO24<br><br>(be sure to add 2+ books to your cart before checking out)<br><br>Shop Here:<br>https://savearound.pscrpt.io/9eEyGj/uhg7sc<br><br>Note: While supplies last. Can't be applied to a previous order. |
| 42348 | SaveAround | 1910■■■ | OUTBOUND | succeeded | 15:21:09 | 1/3/2025 | SaveAround: New Year Savings!<br><br>Buy 1 coupon book, get 1 FREE + FREE shipping w/ code NEWYEARBOGO25<br><br>(be sure to add 2+ books to your cart before checking out)<br><br>Shop Here:<br>https://savearound.pscrpt.io/9gVGTM/uhg7sr<br><br>Note: While supplies last. Can't be applied to a previous order. |
| 42348 | SaveAround | 1910■■■ | OUTBOUND | succeeded | 17:34:12 | 1/10/2025 | SaveAround: BOGO SaveAround Books + FREE Shipping for Wild Card Weekend!<br><br>Just add 2 or more books to your cart and use code WILDCARD25 at checkout!<br><br>Shop here: https://savearound.pscrpt.io/9hOD7w/uhg7sv |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42348 | SaveAround | 1910 | | OUTBOUND | succeeded | 17:35:08 | 1/13/2025 | SaveAround: BOGO Wild Card Savings ENDS TONIGHT!<br><br>Add 2+ books to your cart & use code WILDCARD25 at checkout!<br><br>Shop: https://savearound.pscrpt.io/9ifP3E/uhg7sd |
| 42348 | SaveAround | 1910 | | OUTBOUND | succeeded | 15:22:08 | 1/22/2025 | SaveAround: Stay Warm & Save BIG!<br><br>Use code NEWYEARBOGO25 for buy one, get one FREE books + FREE shipping!<br><br>Shop: https://savearound.pscrpt.io/9jrvG8/uhg7s9 |
| 42348 | SaveAround | 1910 | | OUTBOUND | succeeded | 17:34:08 | 1/27/2025 | SaveAround: A few days left for BOGO winter savings!<br><br>Use code NEWYEARBOGO25 for BOGO books + FREE shipping!<br><br>Shop: https://savearound.pscrpt.io/9k8qfj/uhg7ss |
| 42348 | SaveAround | 1910 | | OUTBOUND | succeeded | 18:32:09 | 2/6/2025 | SaveAround: Big Game Savings Start Now!<br><br>Take 59% OFF your order of 2 or more books, plus FREE shipping. Enter discount code SUPER59 at checkout! (be sure to have 2+ books in your cart)<br><br>Shop here: https://savearound.pscrpt.io/9lnyRY/uhg7sS<br><br>Note: While supplies last. Can't be applied to a previous order. |
| 42348 | SaveAround | 1910 | | OUTBOUND | succeeded | 01:19:07 | 2/10/2025 | SaveAround: It's halftime! How about some better-than-half-off savings?<br><br>Take 59% OFF your order of 2 or more books, plus FREE shipping.<br><br>Enter discount code SUPER59 at checkout!<br><br>Shop here: https://savearound.pscrpt.io/9lSoDT/uhg7sY<br><br>Note: While supplies last. Can't be applied to a previous order. |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 42348 | SaveAround | 1910 | | OUTBOUND | succeeded | 15:22:08 | 2/18/2025 | SaveAround: Final day for Presidential Savings!<br><br>Take 50% OFF 2+ books + FREE shipping with code PRESIDENTS25<br><br>Text Subscriber Exclusive:<br>Take an extra 10% OFF when you enter code TEXT10OFF<br><br>Shop: https://savearound.pscrpt.io/9mUXAz/uhg7sd<br><br>Note: While supplies last. Can't be applied to previous order. |
| 42348 | SaveAround | 1910 | | OUTBOUND | succeeded | 15:21:08 | 2/21/2025 | SaveAround: For 2 Days Only!<br><br>2 books for $22 + FREE shipping w/ code 2FOR22<br><br>(be sure to add 2 books to your cart)<br><br>https://savearound.pscrpt.io/9nddiM/uhg7sA |
| 42348 | SaveAround | 1910 | | OUTBOUND | succeeded | 00:43:08 | 2/23/2025 | SaveAround: Ending 2night!<br><br>2 Books for $22 + FREE Shipping w/ Code 2FOR22<br><br>(be sure to add 2 books to your cart)<br><br>https://savearound.pscrpt.io/9nBctZ/uhg7sp |
| 42348 | SaveAround | 1910 | | OUTBOUND | succeeded | 15:22:06 | 3/6/2025 | SaveAround: Daylight...SAVINGS!<br><br>Take 60% OFF 2 or more books (plus FREE shipping!)<br><br>Enter discount code DAYLIGHT25 at checkout!<br><br>Shop Here: https://savearound.pscrpt.io/9piwu8/uhg7sR<br><br>Note: While supplies last. Ends 3/10/25. Offer can't be applied to a previous order. |
| 42348 | SaveAround | 1910 | | OUTBOUND | succeeded | 14:21:05 | 3/10/2025 | SaveAround: 60% OFF 2 or More Books + FREE Shipping Ends TONIGHT!<br><br>Use code DAYLIGHT25 at checkout!<br><br>Shop Here: https://savearound.pscrpt.io/9pRkLQ/uhg7s2 |
| 42348 | SaveAround | 1910 | | OUTBOUND | succeeded | 16:34:03 | 3/15/2025 | SaveAround: It's Your Lucky Weekend!<br><br>$17 books + FREE shipping until 3/17!<br><br>Shop: https://savearound.pscrpt.io/9qFgBB/uhg7so |

| 42348 | SaveAround | 1910 | OUTBOUND | succeeded | 14:21:06 | 3/20/2025 | SaveAround: 🏀 Let the Madness Begin 🏀<br><br>Buy 1 Book, Get 2 FREE + FREE Shipping w/ Code MADNESS25<br><br>(be sure you have 3 books to your cart)<br><br>Shop Here 👇<br>https://savearound.pscrpt.io/9ro3rJ/uhg7s8 |
|---|---|---|---|---|---|---|---|
| 42348 | SaveAround | 1910 | OUTBOUND | succeeded | 14:21:26 | 3/23/2025 | SaveAround: Ending Tonight!<br><br>Buy 1 Book, Get 2 Books FREE (3 total) + FREE Shipping w/ Code MADNESS25<br><br>Shop Here:<br>https://savearound.pscrpt.io/9rSLoj/uhg7sy |
| 42348 | SaveAround | 1910 | OUTBOUND | succeeded | 16:34:07 | 4/9/2025 | SaveAround: IT'S BACK:<br><br>Buy 1 book, get 3 books FREE to share with Family & Friends (4 total books + FREE shipping)!<br><br>Just add 4 or more books to your cart and use code SHARE25 at checkout!<br><br>Shop Here:<br>https://savearound.pscrpt.io/9uaAmu/uhg7sN |
| 42348 | SaveAround | 1910 | OUTBOUND | succeeded | 16:35:05 | 4/17/2025 | SaveAround: Books are Going FAST!<br><br>Get 4 SaveAround Books for the price of 1 + FREE shipping when you use code SHARE25 at checkout!<br><br>SHARE some books with...<br>- Family<br>- Friends<br>- Neighbors<br>- Coworkers<br>- Anyone who loves saving money!<br><br>Shop Here:<br>https://savearound.pscrpt.io/9viay8/uhg7sF |