IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) ) |
| v. | ) ) |
| ENJOY THE CITY NORTH, INC. d/b/a SAVEAROUND, | ) ) ) ) |
| Defendant. | ) |

NOTICE REGARDING PROVISIONALLY SEALED EXHIBITS TO DEFENDANT SAVEAROUND'S MOTION TO STAY AND LIMIT DISCOVERY

Pursuant to Local Civil Rule 79.2 and section V.G.1(e) of the CM/ECF Policy Manual, Defendant Enjoy the City North, Inc. d/b/a SaveAround ("SaveAround"), hereby gives notice that it filed the following documents provisionally under seal because the documents contain Plaintiff Jason Hewett's complete phone number:

Exhibit 1.   Declaration of Anthony Acquisto [D.E. 22-1]

Exhibit 2.   Declaration of David Carter [D.E. 22-2]

Exhibit 4.   Text Message Log [D.E. 22-3]

SaveAround understands from the fact that Mr. Hewett did not include his complete phone number in the complete that Mr. Hewett may wish to keep the number private, and SaveAround has filed these documents provisionally under seal to allow Mr. Hewett the opportunity to move to seal them. SaveAround hereby gives notice that, within seven days after service of this notice, the party or entity desiring that the material be maintained under seal must file a motion to seal, supporting memorandum, and proposed order in accordance with section V.G.1 of the CM/ECF Policy Manual.

This the 28th day of October, 2025.

ELLIS & WINTERS LLP

/s/ Kelly Margolis Dagger
Kelly Margolis Dagger
N.C. State Bar No. 44329
Chelsea Pieroni
N.C. State Bar No. 59816
Post Office Box 33550
Raleigh, North Carolina 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
kelly.dagger@elliswinters.com
chelsea.pieroni@elliswinters.com

*Counsel for Defendant Enjoy the City North, Inc. d/b/a SaveAround*