IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ENJOY THE CITY NORTH, INC. )<br>d/b/a SAVEAROUND, )<br>)<br>Defendant. ) | ORDER GRANTING DEFENDANT SAVEAROUND'S MOTION TO STAY AND LIMIT DISCOVERY |

This matter comes before the Court on the motion of Defendant Enjoy the City North, Inc. d/b/a SaveAround ("SaveAround") to stay class discovery and limit discovery to matters relevant to Plaintiff Jason Hewett's individual claims pending the Court's ruling on SaveAround's forthcoming motion for summary judgment. For good cause shown, the motion is GRANTED. Class discovery is hereby STAYED until further order of the Court, and discovery shall be limited to Mr. Hewett's individual claims. If the Court denies SaveAround's motion for summary judgment, the parties shall confer within 14 days of such ruling and submit a joint report to the Court proposing case management deadlines for class discovery and further proceedings.

This the 4 day of November, 2025.

JAMES C. DEVER III
United States District Judge