IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>ENJOY THE CITY NORTH, INC. d/b/a SAVEAROUND,<br><br>      Defendant. | JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER |

  Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and the Court's Case Management Order [D.E. 20], Plaintiff Jason Hewett and Defendant Enjoy the City North, Inc. d/b/a SaveAround ("SaveAround") jointly move the Court for entry of a protective order governing discovery in this matter. In support of this motion, the parties respectfully show the following:

  1. Mr. Hewett alleges claims for relief under the Telephone Consumer Protection Act and the North Carolina Telephone Solicitations Act. Compl. [D.E. 1] ¶¶ 44-50. Mr. Hewett's claims involve communications over his cell phone. Specifically, he alleges that he received unsolicited SaveAround marketing text messages while his personal cell phone number was on the Do Not Call Registry. Mr. Hewett seeks to represent nationwide and North Carolina classes of similarly situated individuals. SaveAround denies Mr. Hewett's claims and will oppose class certification.

  2. The parties represent that discovery in this case will involve the disclosure of sensitive and confidential business information, including nonpublic information about SaveAround and its business relationships. The parties also represent that discovery in this case will involve the disclosure of Mr. Hewett's personal communications, personal electronic

device(s), records of electronic activities, cell phone carrier account records, and other information not available to the public.

3. Therefore, the parties respectfully contend that there is good cause and that entry of a discovery protective order is warranted. The parties have submitted a proposed Stipulated Protective Order with this motion.

For the reasons stated above, the parties respectfully request that the Court grant this motion and enter a protective order governing discovery in this matter.

This the 24th day of November, 2025.

| | |
|---|---|
| THE LAW OFFICE OF RYAN P. DUFFY, PLLC | ELLIS & WINTERS LLP |
| /s/ Ryan Duffy<br>Ryan Duffy<br>1213 W. Morehead Street<br>Suite 500, Unit #450<br>Charlotte, NC 28208<br>Telephone: (704) 741-9399<br>ryan@ryanpduffy.com | /s/ Kelly Margolis Dagger<br>Kelly Margolis Dagger<br>N.C. State Bar No. 44329<br>Chelsea Pieroni<br>N.C. State Bar No. 59816<br>P.O. Box 33550<br>Raleigh, NC 27636<br>Telephone: (919) 865-7000<br>Facsimile: (919) 865-7010<br>kelly.dagger@elliswinters.com<br>chelsea.pieroni@elliswinters.com |
| PARONICH LAW, P.C. | |
| /s/ Anthony I. Paronich<br>Anthony I. Paronich<br>350 Lincoln Street, Suite 2400<br>Hingham, MA 02043<br>Telephone: (508) 221-1510<br>anthony@paronichlaw.com | *Counsel for Defendant Enjoy the City North, Inc. d/b/a SaveAround* |
| PERRONG LAW LLC | |
| /s/Andrew Roman Perrong<br>Andrew Roman Perrong<br>2657 Mount Carmel Avenue<br>Glenside, PA 19038<br>a@perrlonglaw.com | |
| *Counsel for Plaintiff Jason Hewett* | |