

Andrew Perrong <a@perronglaw.com>

## Hewett v. SaveAround
26 messages

---

**Kelly Dagger** <Kelly.Dagger@elliswinters.com>  Tue, Dec 23, 2025 at 11:50 AM
To: Andrew Perrong <a@perronglaw.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Andrew,

I may have overestimated our ability to get back to you before the holiday on the settlement proposal. Are you okay to hold it open until sometime next week so we have a chance to discuss with our client? If we can get to you sooner, we will. Thanks and enjoy the holiday.

Kelly Margolis Dagger
**Ellis & Winters LLP**

kelly.dagger@elliswinters.com
Direct: (919) 573-1292
Cell: (919) 619-4758
Office: (919) 865-7000
Fax: (919) 865-7010
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
P.O. Box 33550
Raleigh, NC 27636
www.elliswinters.com

*CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

---

**Andrew Perrong** <a@perronglaw.com>  Tue, Dec 23, 2025 at 11:57 AM
To: Kelly Dagger <Kelly.Dagger@elliswinters.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Yes that's fine. Likewise enjoy your holiday time.
[Quoted text hidden]

---

**Kelly Dagger** <Kelly.Dagger@elliswinters.com>  Tue, Dec 23, 2025 at 12:03 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Thanks.

Kelly Margolis Dagger

**Ellis & Winters LLP**

kelly.dagger@elliswinters.com
Direct: (919) 573-1292
Cell: (919) 619-4758
Office: (919) 865-7000
Fax: (919) 865-7010
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
P.O. Box 33550
Raleigh, NC 27636
www.elliswinters.com


*CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

On Dec 23, 2025, at 2:57 PM, Andrew Perrong <a@perronglaw.com> wrote:

[Quoted text hidden]

---

**4 attachments**

> **shield-advisory.png**
> 1K

> **chevron-light.png**
> 1K

> **shield-advisory.png**
> 1K

> **chevron-light.png**
> 1K

---

**Kelly Dagger** <Kelly.Dagger@elliswinters.com>    Tue, Dec 30, 2025 at 6:40 AM
To: Andrew Perrong <a@perronglaw.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Andrew,

SaveAround is willing to settle the case on the terms we understand Mr. Hewett to have proposed: no money changing hands, a complete release, and dismissal with prejudice. Please let me know if you will send us a draft settlement agreement. If not, we will prepare one. In the meantime, we would like to stop working on the case. Our deadline to disclose

experts is January 7. Will Mr. Hewett agree to push that deadline to January 21 to allow time to finalize the settlement? That will allow us to stop work. If something should fall through, we can ask the court to reset the discovery schedule.

Thank you.

Kelly Margolis Dagger | Attorney
Pronouns: she/her/hers
kelly.dagger@elliswinters.com
Direct: (919) 573-1292   Cell: (919) 619-4758
Main: (919) 865-7000   Fax: (919) 865-7010

ELLIS | WINTERS

ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

**CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.**

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Tuesday, December 23, 2025 2:57 PM
**To:** Kelly Dagger <Kelly.Dagger@elliswinters.com>
**Cc:** Marie Scheperle <Marie.Scheperle@elliswinters.com>; Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>
**Subject:** Re: Hewett v. SaveAround

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                                          Tue, Dec 30, 2025 at 7:27 AM
To: Kelly Dagger <Kelly.Dagger@elliswinters.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Yes, we will agree to push the deadline.
[Quoted text hidden]

---

**Kelly Dagger** <Kelly.Dagger@elliswinters.com>                                Tue, Dec 30, 2025 at 7:45 AM
To: Andrew Perrong <a@perronglaw.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Thanks. Please let me know about drafting the agreement when you have a chance.

Kelly Margolis Dagger
**Ellis & Winters LLP**

kelly.dagger@elliswinters.com
Direct: (919) 573-1292

Cell: (919) 619-4758
Office: (919) 865-7000
Fax: (919) 865-7010
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
P.O. Box 33550
Raleigh, NC 27636
www.elliswinters.com

*CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

On Dec 30, 2025, at 10:27 AM, Andrew Perrong <a@perronglaw.com> wrote:

Yes, we will agree to push the deadline.

On Tue, Dec 30, 2025 at 6:40 AM Kelly Dagger <Kelly.Dagger@elliswinters.com> wrote:
> Andrew,
>
> SaveAround is willing to settle the case on the terms we understand Mr. Hewett to have proposed: no money changing hands, a complete release, and dismissal with prejudice. Please let me know if you will send us a draft settlement agreement. If not, we will prepare one. In the meantime, we would like to stop working on the case. Our deadline to disclose experts is January 7. Will Mr. Hewett agree to push that deadline to January 21 to allow time to finalize the settlement? That will allow us to stop work. If something should fall through, we can ask the court to reset the discovery schedule.
>
> Thank you.
>
> Kelly Margolis Dagger | Attorney
> Pronouns: she/her/hers
> kelly.dagger@elliswinters.com
> Direct: (919) 573-1292  Cell: (919) 619-4758
> Main: (919) 865-7000   Fax: (919) 865-7010
> <Outlook-Ellis &amp.png>
> [Quoted text hidden]
> [Quoted text hidden]

**5 attachments**



Outlook-Ellis &amp.png
6K

**shield-advisory.png**
1K

**chevron-light.png**
1K

**shield-advisory.png**
1K

**chevron-light.png**
1K

---

**Andrew Perrong** <a@perronglaw.com>     Tue, Dec 30, 2025 at 7:51 AM
To: Kelly Dagger <Kelly.Dagger@elliswinters.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

I should have a form, but will let you know otherwise.

> On Tue, Dec 30, 2025 at 7:45 AM Kelly Dagger <Kelly.Dagger@elliswinters.com> wrote:
> Thanks. Please let me know about drafting the agreement when you have a chance.
>
> Kelly Margolis Dagger
> **Ellis & Winters LLP**
>
> kelly.dagger@elliswinters.com
> Direct: (919) 573-1292
> Cell: (919) 619-4758
> Office: (919) 865-7000
> Fax: (919) 865-7010
> 4131 Parklake Avenue, Suite 400
> Raleigh, NC 27612
> P.O. Box 33550
> Raleigh, NC 27636
> www.elliswinters.com
>
> CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.
>
> > On Dec 30, 2025, at 10:27 AM, Andrew Perrong <a@perronglaw.com> wrote:
> >
> > Yes, we will agree to push the deadline.
>
> [Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>     Tue, Dec 30, 2025 at 9:21 AM
To: Kelly Dagger <Kelly.Dagger@elliswinters.com>

Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Please see attached.

> On Tue, Dec 30, 2025 at 7:51 AM Andrew Perrong <a@perronglaw.com> wrote:
>
> I should have a form, but will let you know otherwise.
>
> [Quoted text hidden]

 **SaveAround Agreement.docx**
31K

---

**Kelly Dagger** <Kelly.Dagger@elliswinters.com>  Tue, Dec 30, 2025 at 3:20 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Thanks, we will review with our client and get back to you.

Kelly Margolis Dagger | Attorney
Pronouns: she/her/hers
kelly.dagger@elliswinters.com
Direct: (919) 573-1292  Cell: (919) 619-4758
Main: (919) 865-7000   Fax: (919) 865-7010



ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

**CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.**

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Tuesday, December 30, 2025 12:21 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Marie Scheperle** <Marie.Scheperle@elliswinters.com>  Mon, Jan 5, 2026 at 5:28 PM
To: Andrew Perrong <a@perronglaw.com>, Kelly Dagger <Kelly.Dagger@elliswinters.com>
Cc: Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Andrew,

Please see SaveAround's counter proposed terms attached. If these terms are acceptable to your client, we will sign.

Thank you and have a nice evening,

Marie Scheperle │ Attorney – licensed in AK


NC application pending

marie.scheperle@elliswinters.com
P 980.304.6136  F 336.217.4198

 ELLIS | WINTERS

ELLIS & WINTERS LLP

300 North Greene Street, Suite 800 │ Greensboro, NC 27401

P.O. Box 2752 │ Greensboro, NC 27402

www.elliswinters.com

CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

[Quoted text hidden]

> **SaveAround Agreement - EW - 4931-5896-7685 v3.docx**
> 33K

---

**Andrew Perrong** <a@perronglaw.com>　　　　　　　　　　　　　　　　Tue, Jan 6, 2026 at 10:16 AM
To: Marie Scheperle <Marie.Scheperle@elliswinters.com>
Cc: Kelly Dagger <Kelly.Dagger@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Please see attached with our further edits and comments.

On Mon, Jan 5, 2026 at 5:28 PM Marie Scheperle <Marie.Scheperle@elliswinters.com> wrote:

> Andrew,
>
> Please see SaveAround's counter proposed terms attached. If these terms are acceptable to your client, we will sign.
>
> Thank you and have a nice evening,
>
> Marie Scheperle │ Attorney – licensed in AK
>
> 
> NC application pending
>
> marie.scheperle@elliswinters.com
> P 980.304.6136  F 336.217.4198
>
> ELLIS | WINTERS

ELLIS & WINTERS LLP
300 North Greene Street, Suite 800 | Greensboro, NC 27401
P.O. Box 2752 | Greensboro, NC 27402
www.elliswinters.com

CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Tuesday, December 30, 2025 12:22 PM
**To:** Kelly Dagger <Kelly.Dagger@elliswinters.com>
**Cc:** Marie Scheperle <Marie.Scheperle@elliswinters.com>; Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>
**Subject:** Re: Hewett v. SaveAround

Please see attached.

On Tue, Dec 30, 2025 at 7:51 AM Andrew Perrong <a@perronglaw.com> wrote:

[Quoted text hidden]

 **SaveAround Agreement - EW - 4931-5896-7685 v4.docx**
35K

---

**Kelly Dagger** <Kelly.Dagger@elliswinters.com>       Wed, Jan 7, 2026 at 9:27 AM
To: Andrew Perrong <a@perronglaw.com>, Marie Scheperle <Marie.Scheperle@elliswinters.com>
Cc: Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Andrew,

SaveAround is fine with the edits in sections 1 and 2, but SaveAround is not willing to agree to confidentiality and non-disparagement terms. Those terms were not part of our initial discussion, and SaveAround is only willing to compromise and give up its right to seek monetary recovery from Mr. Hewett if the settlement leaves both parties free to speak truthfully about the matter. I understand Mr. Hewett's position is that he did not opt in to text messages, but SaveAround believes that position is provably false. I am happy to discuss if there is some other compromise Mr. Hewett wishes to propose.

Thank you.

Kelly Margolis Dagger | Attorney
Pronouns: she/her/hers
kelly.dagger@elliswinters.com
Direct: (919) 573-1292  Cell: (919) 619-4758

Main: (919) 865-7000   Fax: (919) 865-7010



ELLIS & WINTERS LLP

4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612

P.O. Box 33550 | Raleigh, NC 27636

www.elliswinters.com

**CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.**

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Tuesday, January 6, 2026 1:16 PM
**To:** Marie Scheperle <Marie.Scheperle@elliswinters.com>
**Cc:** Kelly Dagger <Kelly.Dagger@elliswinters.com>; Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>   Sat, Jan 10, 2026 at 5:59 PM
To: Kelly Dagger <Kelly.Dagger@elliswinters.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

I understand that the parties desire to "speak truthfully about the matter," but the truth of this agreement is that both parties expressly deny any wrongdoing and have entered into the agreement as a compromise only of disputed claims, including the claim that the Plaintiff ever opted in or provided his consent. So to the extent that your client desires to speak of the agreement beyond those terms therein, that would be the extent to which your client could be said to "speak truthfully" about the matter. We are amenable to removal of the nondisparagement portion and revision of the confidentiality provision to permit the parties to disclose that they entered into a settlement of disputed claims, solely to resolve by compromise certain disputes in the litigation, and that each party denies the other's claims and defenses and any wrongdoing, or language to that effect. If this is agreeable in principle, let me know together with the terms of the provision that you propose.

> On Wed, Jan 7, 2026 at 12:28 PM Kelly Dagger <Kelly.Dagger@elliswinters.com> wrote:
>
> Andrew,
>
> SaveAround is fine with the edits in sections 1 and 2, but SaveAround is not willing to agree to confidentiality and non-disparagement terms. Those terms were not part of our initial discussion, and SaveAround is only willing to compromise and give up its right to seek monetary recovery from Mr. Hewett if the settlement leaves both parties free to speak truthfully about the matter. I understand Mr. Hewett's position is that he did not opt in to text messages, but SaveAround believes that position is provably false. I am happy to discuss if there is some other compromise Mr. Hewett wishes to propose.
>
> Thank you.
>
> Kelly Margolis Dagger | Attorney

Pronouns: she/her/hers
kelly.dagger@elliswinters.com
Direct: (919) 573-1292   Cell: (919) 619-4758
Main: (919) 865-7000   Fax: (919) 865-7010



ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

**CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.**

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Tuesday, January 6, 2026 1:16 PM
**To:** Marie Scheperle <Marie.Scheperle@elliswinters.com>
**Cc:** Kelly Dagger <Kelly.Dagger@elliswinters.com>; Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>
**Subject:** Re: Hewett v. SaveAround

Please see attached with our further edits and comments.

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>    Mon, Jan 19, 2026 at 4:10 PM
To: Kelly Dagger <Kelly.Dagger@elliswinters.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Following up here. Thanks.,

On Sat, Jan 10, 2026 at 8:59 PM Andrew Perrong <a@perronglaw.com> wrote:
> I understand that the parties desire to "speak truthfully about the matter," but the truth of this agreement is that both parties expressly deny any wrongdoing and have entered into the agreement as a compromise only of disputed claims, including the claim that the Plaintiff ever opted in or provided his consent. So to the extent that your client desires to speak of the agreement beyond those terms therein, that would be the extent to which your client could be said to "speak truthfully" about the matter. We are amenable to removal of the nondisparagement portion and revision of the confidentiality provision to permit the parties to disclose that they entered into a settlement of disputed claims, solely to resolve by compromise certain disputes in the litigation, and that each party denies the other's claims and defenses and any wrongdoing, or language to that effect. If this is agreeable in principle, let me know together with the terms of the provision that you propose.

[Quoted text hidden]

---

**Kelly Dagger** <Kelly.Dagger@elliswinters.com>    Mon, Jan 19, 2026 at 4:16 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Andrew,

We've relayed the offer and I understand our client was meeting late last week to consider it.  I will let you know.

Kelly Margolis Dagger
**Ellis & Winters LLP**

[kelly.dagger@elliswinters.com](mailto:kelly.dagger@elliswinters.com)
Direct: (919) 573-1292
Cell: (919) 619-4758
Office: (919) 865-7000
Fax: (919) 865-7010
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
P.O. Box 33550
Raleigh, NC 27636
[www.elliswinters.com](http://www.elliswinters.com)

*CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

On Jan 19, 2026, at 7:11 PM, Andrew Perrong <[a@perronglaw.com](mailto:a@perronglaw.com)> wrote:

> Following up here. Thanks.,
>
> On Sat, Jan 10, 2026 at 8:59 PM Andrew Perrong <[a@perronglaw.com](mailto:a@perronglaw.com)> wrote:
>> I understand that the parties desire to "speak truthfully about the matter," but the truth of this agreement is that both parties expressly deny any wrongdoing and have entered into the agreement as a compromise only of disputed claims, including the claim that the Plaintiff ever opted in or provided his consent. So to the extent that your client desires to speak of the agreement beyond those terms therein, that would be the extent to which your client could be said to "speak truthfully" about the matter. We are amenable to removal of the nondisparagement portion and revision of the confidentiality provision to permit the parties to disclose that they entered into a settlement of disputed claims, solely to resolve by compromise certain disputes in the litigation, and that each party denies the other's claims and defenses and any wrongdoing, or language to that effect. If this is agreeable in principle, let me know together with the terms of the provision that you propose.
>>
>> On Wed, Jan 7, 2026 at 12:28 PM Kelly Dagger <[Kelly.Dagger@elliswinters.com](mailto:Kelly.Dagger@elliswinters.com)> wrote:
>>> Andrew,
>>>
>>> SaveAround is fine with the edits in sections 1 and 2, but SaveAround is not willing to agree to confidentiality and non-disparagement terms. Those terms were not part of our initial discussion, and SaveAround is only willing to compromise and give up its right to seek monetary recovery from Mr. Hewett if the settlement leaves both parties free to speak truthfully about the matter. I understand Mr. Hewett's position is that he did not opt in to text messages, but SaveAround believes that position is provably false. I am happy to discuss if there is some other compromise Mr. Hewett wishes to propose.
>>>
>>> Thank you.

Kelly Margolis Dagger | Attorney
Pronouns: she/her/hers
kelly.dagger@elliswinters.com
Direct: (919) 573-1292  Cell: (919) 619-4758
Main: (919) 865-7000   Fax: (919) 865-7010
<Outlook-Ellis &amp.png>

ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

**CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.**

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Tuesday, January 6, 2026 1:16 PM
**To:** Marie Scheperle <Marie.Scheperle@elliswinters.com>
**Cc:** Kelly Dagger <Kelly.Dagger@elliswinters.com>; Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>
**Subject:** Re: Hewett v. SaveAround

Please see attached with our further edits and comments.

On Mon, Jan 5, 2026 at 5:28 PM Marie Scheperle <Marie.Scheperle@elliswinters.com> wrote:

> Andrew,
>
> Please see SaveAround's counter proposed terms attached. If these terms are acceptable to your client, we will sign.
>
> Thank you and have a nice evening,
>
> Marie Scheperle | Attorney – licensed in AK
>              NC application pending
> marie.scheperle@elliswinters.com
> P 980.304.6136  F 336.217.4198
>
> <image001.png>
> [Quoted text hidden]
> [Quoted text hidden]
> [Quoted text hidden]

**4 attachments**



**image001.png**
6K



**Outlook-Ellis &amp.png**
6K

**shield-advisory.png**
1K

**chevron-light.png**
1K

---

**Andrew Perrong** <a@perronglaw.com>  Sat, Jan 31, 2026 at 5:08 PM
To: Kelly Dagger <Kelly.Dagger@elliswinters.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Following up again here. Thanks.

On Mon, Jan 19, 2026 at 4:16 PM Kelly Dagger <Kelly.Dagger@elliswinters.com> wrote:

> Andrew,
>
> We've relayed the offer and I understand our client was meeting late last week to consider it. I will let you know.
>
> Kelly Margolis Dagger
> **Ellis & Winters LLP**
>
> kelly.dagger@elliswinters.com
> Direct: (919) 573-1292
> Cell: (919) 619-4758
> Office: (919) 865-7000
> Fax: (919) 865-7010
> 4131 Parklake Avenue, Suite 400
> Raleigh, NC 27612
> P.O. Box 33550
> Raleigh, NC 27636
> www.elliswinters.com
>
> *CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*
>
> On Jan 19, 2026, at 7:11 PM, Andrew Perrong <a@perronglaw.com> wrote:
>
> Following up here. Thanks.,
>
> [Quoted text hidden]

**Kelly Dagger** <Kelly.Dagger@elliswinters.com>  Sat, Jan 31, 2026 at 5:25 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Andrew,

Sorry for the delay. I'll follow up with our client.

Kelly Margolis Dagger
**Ellis & Winters LLP**

kelly.dagger@elliswinters.com
Direct: (919) 573-1292
Cell: (919) 619-4758
Office: (919) 865-7000
Fax: (919) 865-7010
4131 Parklake Avenue, Suite 400
Raleigh, NC 27612
P.O. Box 33550
Raleigh, NC 27636
www.elliswinters.com

*CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.*

On Jan 31, 2026, at 8:09 PM, Andrew Perrong <a@perronglaw.com> wrote:

[Quoted text hidden]

---

**2 attachments**

**shield-advisory.png**
1K

**chevron-light.png**
1K

---

**Kelly Dagger** <Kelly.Dagger@elliswinters.com>  Wed, Feb 11, 2026 at 3:20 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Andrew,

SaveAround is not willing to agree to the proposed confidentiality provision, so it rejects the settlement proposal. I know we took some time to get back to you, and we are certainly

willing to discuss any necessary deadline extensions resulting from that delay.  Please let me know if you think you need more time for discovery.

We would like to take Mr. Hewett's deposition in the near term.  Are you able to produce him on either February 23, 25, or 26?  We are flexible on the location.  If we do the 25th, we would ask to do it remotely.  We can be available in person or remotely on February 23 or 26.

Kelly Margolis Dagger | Attorney
Pronouns: she/her/hers
kelly.dagger@elliswinters.com
Direct: (919) 573-1292   Cell: (919) 619-4758
Main: (919) 865-7000    Fax: (919) 865-7010



ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

**CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.**

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Saturday, January 31, 2026 8:08 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>　　　　　　　　　　　　　　Wed, Feb 11, 2026 at 3:23 PM
To: Kelly Dagger <Kelly.Dagger@elliswinters.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Let me talk to the client first. Would your client be amenable to signing the agreement you circulated on January 5 if I could get him to agree to the same?

> On Wed, Feb 11, 2026 at 6:20 PM Kelly Dagger <Kelly.Dagger@elliswinters.com> wrote:
>
>> Andrew,
>>
>> SaveAround is not willing to agree to the proposed confidentiality provision, so it rejects the settlement proposal.  I know we took some time to get back to you, and we are certainly willing to discuss any necessary deadline extensions resulting from that delay.  Please let me know if you think you need more time for discovery.

We would like to take Mr. Hewett's deposition in the near term. Are you able to produce him on either February 23, 25, or 26? We are flexible on the location. If we do the 25th, we would ask to do it remotely. We can be available in person or remotely on February 23 or 26.

Kelly Margolis Dagger | Attorney
Pronouns: she/her/hers
kelly.dagger@elliswinters.com
Direct: (919) 573-1292   Cell: (919) 619-4758
Main: (919) 865-7000    Fax: (919) 865-7010

ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

**CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.**

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Saturday, January 31, 2026 8:08 PM
**To:** Kelly Dagger <Kelly.Dagger@elliswinters.com>
**Cc:** Marie Scheperle <Marie.Scheperle@elliswinters.com>; Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>
**Subject:** Re: Hewett v. SaveAround

Following up again here. Thanks.

[Quoted text hidden]

---

**Kelly Dagger** <Kelly.Dagger@elliswinters.com>                                          Wed, Feb 11, 2026 at 3:25 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Andrew,
I don't know, but if your client says he will agree to it, I will take that proposal back to my client. Thanks.

Kelly Margolis Dagger | Attorney
Pronouns: she/her/hers
kelly.dagger@elliswinters.com
Direct: (919) 573-1292   Cell: (919) 619-4758
Main: (919) 865-7000    Fax: (919) 865-7010



ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

**CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.**

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Wednesday, February 11, 2026 6:23 PM

[Quoted text hidden]

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>     Thu, Feb 12, 2026 at 8:55 AM
To: Kelly Dagger <Kelly.Dagger@elliswinters.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Our client will

---

**From:** Kelly Dagger <Kelly.Dagger@elliswinters.com>
**Sent:** Wednesday, February 11, 2026 6:25:51 PM
**To:** Andrew Perrong <a@perronglaw.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Kelly Dagger** <Kelly.Dagger@elliswinters.com>     Fri, Feb 13, 2026 at 3:16 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Andrew,

SaveAround is no longer willing to go back to a zero settlement and give up the right to seek sanctions. SaveAround is willing to negotiate a number that Mr. Hewett can pay to avoid a motion for sanctions. I understand from our discussions that he may not have the ability to pay all the fees SaveAround has incurred, and I think my client will take that into account in evaluating any offer he may make.

Can you please let me know about the February deposition dates?

Kelly Margolis Dagger | Attorney
Pronouns: she/her/hers
kelly.dagger@elliswinters.com

Direct: (919) 573-1292  Cell: (919) 619-4758
Main: (919) 865-7000   Fax: (919) 865-7010



ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

**CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.**

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Thursday, February 12, 2026 11:55 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                                    Fri, Feb 13, 2026 at 3:38 PM
To: Kelly Dagger <Kelly.Dagger@elliswinters.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

It was our understanding that we had an agreement in principle and we intend to move to enforce the basic terms of that agreement. Please advise if your client will sign the agreement that you sent to avoid unnecessary motion practice or if it will instead continue in taking this position.
[Quoted text hidden]


**Outlook-Ellis &amp.png**
6K

---

**Kelly Dagger** <Kelly.Dagger@elliswinters.com>                         Fri, Feb 13, 2026 at 3:42 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Andrew,

Our client <u>was</u> willing to agree to a zero-dollar settlement with no confidentiality provision, but Mr. Hewett rejected that offer by insisting on confidentiality, which our client never accepted.  Our client is not willing to go back to the original offer at this point, and has chosen to continue litigation.  I will inform my client of the threat to file a motion to enforce the alleged settlement agreement, but I expect SaveAround to oppose that motion for the reasons I just explained.

Thank you.

Kelly Margolis Dagger | Attorney

Pronouns: she/her/hers
kelly.dagger@elliswinters.com
Direct: (919) 573-1292   Cell: (919) 619-4758
Main: (919) 865-7000    Fax: (919) 865-7010



ELLIS & WINTERS LLP
4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612
P.O. Box 33550 | Raleigh, NC 27636
www.elliswinters.com

**CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.**

---

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Friday, February 13, 2026 6:38 PM
[Quoted text hidden]

[Quoted text hidden]

---

**Andrew Perrong** <a@perronglaw.com>                              Fri, Feb 13, 2026 at 4:36 PM
To: Kelly Dagger <Kelly.Dagger@elliswinters.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

The material terms of the agreement which were offered and accepted were a mutual dismissal of claims with prejudice. That we did not agree on a certain non-material contractual terms in the text of the agreement itself, which we then subsequently accepted your proposal, does not change the fact that we had an offer and acceptance of the essence of the bargain as described above that we will enforce.
[Quoted text hidden]

---

**Kelly Dagger** <Kelly.Dagger@elliswinters.com>                   Fri, Feb 13, 2026 at 4:40 PM
To: Andrew Perrong <a@perronglaw.com>
Cc: Marie Scheperle <Marie.Scheperle@elliswinters.com>, Chelsea Pieroni <Chelsea.Pieroni@elliswinters.com>

Andrew,

Thanks for your response.  We disagree.  I have informed our client of Mr. Hewett's intent to file a motion to enforce settlement agreement, and as I said, we expect to oppose the motion.

Have a good night.

Kelly Margolis Dagger | Attorney
Pronouns: she/her/hers
kelly.dagger@elliswinters.com
Direct: (919) 573-1292   Cell: (919) 619-4758
Main: (919) 865-7000    Fax: (919) 865-7010



ELLIS & WINTERS LLP

4131 Parklake Avenue, Suite 400 | Raleigh, NC 27612

P.O. Box 33550 | Raleigh, NC 27636

www.elliswinters.com

**CONFIDENTIALITY NOTICE: This electronic mail message contains confidential information intended only for the person(s) named. Any use, distribution, copying, or disclosure by another person is strictly prohibited.**

**From:** Andrew Perrong <a@perronglaw.com>
**Sent:** Friday, February 13, 2026 7:36 PM

[Quoted text hidden]

[Quoted text hidden]