THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 7:25-CV-973-D-BM

| | |
|---|---|
| JASON HEWETT, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>Plaintiff<br><br>v.<br><br>ENJOY THE CITY NORTH, INC<br><br>Defendant | **[PROPOSED ORDER GRANTING] MOTION TO ENFORCE SETTLEMENT AGREEMENT OR, IN THE ALTERNATIVE, FOR DISMISSAL** |

**[PROPOSED ORDER GRANTING]
MOTION TO ENFORCE SETTLEMENT AGREEMENT
OR, IN THE ALTERNATIVE, FOR DISMISSAL**

## MOTION

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the Plaintiff's Motion to Enforce is hereby GRANTED. The claims of the parties are mutually dismissed with prejudice, with each party to bear its own fees and costs. The clerk is directed to close the case.

*BY THE COURT:*

_____
J.