IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ENJOY THE CITY NORTH, INC. d/b/a SAVEAROUND, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

**NOTICE OF APPEARANCE OF MARIE SCHEPERLE**

PLEASE TAKE NOTICE that Defendant Enjoy the City North, Inc. d/b/a SaveAround will be represented in this action by Marie Scheperle of Ellis & Winters LLP.

This the 5th day of March, 2026.

        ELLIS & WINTERS LLP

        /s/ Marie Scheperle
        Kelly Margolis Dagger
        N.C. State Bar No. 44329
        Marie Scheperle
        N.C. State Bar No. 64748
        Chelsea Pieroni
        N.C. State Bar No. 59816
        Post Office Box 33550
        Raleigh, North Carolina 27636
        Telephone: (919) 865-7000
        Facsimile: (919) 865-7010
        kelly.dagger@elliswinters.com
        marie.scheperle@elliswinters.com

chelsea.pieroni@elliswinters.com

*Counsel for Defendant Enjoy the City North, Inc. d/b/a SaveAround*