IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | | |
|---|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE |
| v. | ) ) | |
| ENJOY THE CITY NORTH, INC. d/b/a SAVEAROUND, | ) ) ) ) | |
| Defendant. | ) | |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Enjoy the City North, Inc. d/b/a SaveAround ("SaveAround"), through counsel, hereby moves for a seven-day extension of time to file its response to Plaintiff's Motion to Enforce Settlement Agreement or, in the Alternative, for Dismissal [D.E. 29]. In support of this motion, SaveAround respectfully shows the following:

1. Plaintiff Jason Hewett filed this action alleging violations of the Telephone Consumer Protection Act and the North Carolina Telephone Solicitations Act. SaveAround answered and the parties began discovery.

2. During the discovery process, the parties engaged in settlement negotiations. On February 17, 2026, Mr. Hewett filed a Motion to Enforce Settlement Agreement or, in the Alternative, for Dismissal [D.E. 29], alleging that the parties had reached a binding settlement agreement. SaveAround opposes the motion.

3. The time for SaveAround to file its response to the Motion to Enforce Settlement Agreement or, in the Alternative, for Dismissal, has not yet expired.

4. Undersigned counsel for SaveAround, together with her colleagues, have worked diligently and in good faith to prepare the response brief and supporting materials. Despite the diligent work of her associates, due to many other competing obligations, undersigned lead counsel has not yet had an adequate opportunity to review, provide input on, and finalize the draft response brief or to discuss the same with SaveAround. Counsel is leaving today for a long-planned six-day trip with her spouse, and the response will be due while counsel is away. With the Court's grace, counsel would prefer to avoid working on the response during that trip. SaveAround thus seeks a seven-day extension of time, up to and including March 17, 2026, to finalize and file its response.

5. On March 4, 2026, at 6:15 pm, undersigned counsel emailed Mr. Hewett's counsel, Andrew Perrong, to seek Mr. Hewett's position on this motion. As of the time of filing this motion, undersigned counsel has not received a response and is thus unable to state Mr. Hewett's position.

6. This motion is made in good faith and not for the purpose of delay. The brief extension sought will not unduly delay the progress of this case.

For the reasons stated above, SaveAround respectfully requests that the Court grant this motion and extend the deadline to file its response to the Motion to Enforce Settlement Agreement or, in the Alternative, for Dismissal, up to and including March 17, 2026.

This is the 5th day of March, 2026.

          ELLIS & WINTERS LLP

          /s/ Kelly Margolis Dagger
          Kelly Margolis Dagger
          N.C. State Bar No. 44329
          Chelsea Pieroni
          N.C. State Bar No. 59816
          P.O. Box 33550
          Raleigh, NC 27636
          Telephone: (919) 865-7000
          Facsimile: (919) 865-7010
          kelly.dagger@elliswinters.com
          chelsea.pieroni@elliswinters.com

          *Counsel for Defendant Enjoy the City North, Inc. d/b/a SaveAround*