IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | |
|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME |
| v. ) ) | TO FILE RESPONSE |
| ENJOY THE CITY NORTH, INC. d/b/a SAVEAROUND, ) ) ) | |
| Defendant. ) | |

This matter comes before the Court on the motion of Defendant Enjoy the City North, Inc. d/b/a SaveAround ("SaveAround"), for an extension of time. For good cause shown, the motion is GRANTED. The deadline for SaveAround to file its response to Plaintiff's Motion to Enforce Settlement Agreement or, in the Alternative, for Dismissal [D.E. 29], is hereby extended, up to and including March 17, 2026.

SO ORDERED, this the ___ day of March, 2026.

_____
JAMES C. DEVER III
United States District Judge