# EXHIBIT 4



Legal & Emergency Response

4 Sylvan Way, Parsippany, N.J. 07054

Phone: (973) 292-8911 Fax: (973) 292-8697                                          December 18, 2025

---

T-Mobile Tracking ID: 5859803

I, Deisi Franco, attest, under penalty of perjury under the laws of the United States of America pursuant to 28 U.S.C. Section 1746, that the information contained in this declaration is true and correct. I am a United States citizen and am over eighteen years of age. I am employed by T-Mobile US, Inc. (hereinafter, "the Company") as a custodian of records and therefore am qualified as a result of my position to make this declaration. My official title is Custodian of Records.

I certify that all of the records described below and attached hereto are duplicates of the original and are true and complete copies of records maintained by the Company. Said records consist of several electronic files produced in T-Mobile US, Inc. Case No. 5859803 in response to a lawful request issued to the company.

## Description of records:

| Identifier | Start Date | End Date | Requested Item |
|---|---|---|---|
| ▮▮1871 | 10/01/2024 | 05/31/2025 | Call Details No Cells |
| ▮▮1871 | 10/01/2024 | 05/31/2025 | Subscriber Info |

I further state that:

  A) Such records were made at or near the time of the occurrence of the matters set forth by (or from information transmitted by) a person with knowledge of those matters;

  B) Such records were kept in the course of regularly conducted business activity;

  C) The business activity made such records as a regular practice; and

  D) If such record is not the original, such record is a duplicate of the original.

This certification is intended to satisfy Rules 803(6), 902(11), 902(13) and / or 902(14) of the Federal Rules of Evidence and / or any state equivalents.

I hereby declare that the foregoing statement is true to the best of my knowledge and belief. I understand that the statement is made for use as evidence in court and is subject to penalty for perjury.

Sincerely

Legal & Emergency Response

## Interpreting Call Detail Records

T-Mobile produces Call Detail Records (CDR), either with or without location information, in an Excel file containing multiple rows. The file includes both voice and message transactions. Each row represents one transaction on the T-Mobile network. Not all rows appear on every report. Some fields only appear in reports with location information.

T-Mobile generally retains details of all network-originated voice transactions for 24 months. As of February 2020, T-Mobile retains the metadata for certain types of 4G/LTE-based text messages (SMSc and RCS) for only 22 months. If your records contain details older than 22 months from the date of production, these messages may not appear on the report.

Calls to Voicemail - Entries with outgoing calls to 8056377249 or numbers ending in 9999 indicate incoming calls forwarded (out) to the voicemail system. Calls forwarded to voicemail can also be identified using the Service Code column. The associated incoming call may or may not be captured. Entries with outgoing calls to 8056377243 = 805-MESSAGE indicate voicemail retrieval.

Timestamp - Please remember that T-Mobile systems natively use Coordinated Universal Time (UTC). Accordingly, the timestamps on these transactions appear as 00:00:01 to 23:59:59 UTC. T-Mobile is unable to convert these records to a different time zone. If you require records not captured in this response, please submit a new legal request that includes a description of records with the date/time adjusted for UTC.

Please note that T-Mobile network usage records may include 15- and 16-digit variants of an IMEI number. The first 14 digits are a conclusive match to the target IMEI.

Archived Records - If your legal request sought records older than 24 months, responsive records may include archived bill images. The timestamps on archive bill images vary depending on the legacy network for the subscriber and the type of transaction (i.e., voice, SMS). Due to these variations and the static nature of the reprints, T-Mobile is not able to convert transactions on bill images to a particular time zone.

**Records created prior to July 10, 2025, at 10:00 PM CST may have separate call records reports. The guidance for reading records prior to July 10, 2025, at 10:00 PM CST is set forth below:**

Both LTE and 5G usage will appear on the CDR_Quantum 5G report.

The duration times differ between a record appearing on the CDR_Mediations and CDR_Quantum reports because the information provided is sourced from various T-Mobile data collections. The CDR_Mediations source measures the duration based on the device's activity from start to finish. The CDR_Quantum source measures duration based on network activity.

**Set forth below are tips to help you understand data/information that is unique to the Splunk SMS report:**

This Supplemental Response includes the content of certain messages retained in connection with T-Mobile's Scam/Spam prevention efforts. The retention period for these messages is approximately 30 days. This retention period is subject to change based on business needs.

T-Mobile produces Scam/Spam message content in an Excel file containing four columns
- Date/Time Sent (PST) – Reflected in Pacific Standard Time. (T-Mobile is unable to convert these records into a different time zone. If you require records not captured in this response, please submit a new legal request that includes an adjusted date/time).
- Sending MSISDN – Telephone number of the sender.
- Recipient MSISDN – Telephone number of the intended recipient.
- Message content – Body of the message sent.

The messages produced consist of messages that were "sent". T-Mobile does not store data that would indicate whether the messages in the report were actually delivered.

**Below is a description of columns that may be present in the report you received.**

| COLUMN NAME | DESCRIPTION | | LOCATION RPT ONLY? | NOTES |
|---|---|---|---|---|
| Date | Date format mm/dd/yyyy | | NO | |
| (UTC) Time | 24-hour time format - hh:mm:ss in UTC | | NO | In UTC time |
| Duration | Duration in seconds | | NO | Duration begins when a call is answered and ends when a call is completed |

| | | | | |
|---|---|---|---|---|
| Call Type | Type of call:<br>callForwarding - Forwarded Call<br>mSOriginating - Outgoing   Voice Call<br>mSTerminating - Incoming Voice<br>mSOriginatingSMSinMSC -  Outgoing SMS<br>mSTerminatingSMSinMSC - Incoming SMS<br>moc – Mobile   Originating Call<br>mtc - Mobile Terminating Call<br>SMSc - Text Message – see notes<br>RCS - IMChat - rich content message, multimedia, and text<br>RCS - GroupLargeMode - group RCS chat RCS - GroupLargeMode- Due to the incompatibility of the receiver's handset, the system will send the RCS non-text content as a large message. *3 or more users<br>RCS – GroupPageMode – Like GroupLargeMode, but reduction to SMS (SMSC or traditional) on one or more users' records may occur<br>*iMS_Terminating - Incoming 5G Voice Call<br>iMS_Originating - Outgoing 5G Voice Call<br>iMS_Originating_Forwarded - Outgoing 5G Voice Call<br>vONR_Originating - Outgoing 5G Voice Call<br>vONR_Terminating - Incoming 5G Voice Call<br>mO_Epsfb - Outgoing 5G Voice Call<br>mT_Epsfb - Incoming 5G Voice Call**<br>RCS – LargeMode - Like GroupLargeMode, but refers to a direct user-to-user connection that sends a compressed version of that file. (Reduction to MMS or SMS on that user's records may occur)<br>RCS – PageMode - Same as above, except reduction to SMS (SMSC or traditional) is what will most likely occur<br>RCS – PushLocation – The sharing of location or position information | | NO | Cell Site location is not available for Call  Types SMSc and RCS-IMChat.<br><br>T-Mobile does not retain the content of text messages.<br><br>For SMSc messaging, T-Mobile provides a record of any activity between the requested target number and any other customers utilizing the T-Mobile network for the time and date range requested, regardless of whether the target number is currently/was assigned to T-Mobile or a T-Mobile wholesale partner.<br><br>SMSc messages may appear as duplicates due to the utilization of multiple network elements.<br><br>**Only appears on the 'CDR_Quantum' 5G Report |
| Direction | Outgoing or Incoming to the target telephone number | | NO | |
| Calling Number | Phone number that initiated the call | | NO | |
| Dialed Number | Dialed digits | | NO | |
| Called Number | Phone number that received the call | | NO | ADHOC – Group RCS chat. For Group RCS Chat, you will see an ad hoc event in addition to CDRS for each individual participant in the group chat. |
| Destination Number | The final destination number to which the network has connected the  call (might  be different from the one dialed by the subscriber if network translation was applied) | | NO | |
| IMSI | International Mobile Subscriber Identity of the target number, if present | | NO | |
| IMEI | International Mobile Equipment Identity of the target number, if present | | NO | |
| Completion Code | Completed successfully or Abnormal Completion (network interruption). Abnormal completion calls display on this report but may or may not  show on a customer's bill. | | NO | |
| Billed Number ** | Assists in identifying which device used the tower | | | **Only Appears on TWD_Ocient Report |
| Service Code | 11 Calling line identification presentation<br>12 Calling line identification restriction<br>13 Connected Line ID Presentation<br>20 All Call Forwarding Services<br>21 Call Forwarding Unconditional (CFU)<br>28 All Cond Call Forwarding Services<br>29 Call Forwarding on Mobile Subscriber Busy (CFB)<br>2A Call Forwarding on No  Reply (CFNRy)<br>2B Call Forwarding on Not Reachable (CFNRc)<br>31 Explicit Call Transfer (ECT)<br>41 Call waiting<br>42 Call Hold<br>51 Multi-Party (MPTY)<br>*6 Call Forwarding | | NO | **Only appears on the 'CDR_Quantum' 5G Report |
| Switch Name | Name of the switch used to deliver the call to the target  number. | | NO | This is NOT an indication of the location of the device. |
| 1st LTE Site ID | EnodeB id value in decimal. GnodeB id value for 5g records | | YES | |
| 1st LTE Sector ID | Engineering site and sector ID | | YES | |
| 1st LAC | 1st LAC value in decimal if the site is a GSM site | | YES | |
| 1st Cell ID | 1st Cell Site ID value in decimal if the site is a GSM site* | | YES | *May display eCGI on LTE or 5G calls |
| 1st Tower Azimuth | Location: Azimuth orientation of antenna serving user if available (see  note below) | | YES | |
| 1st Tower LAT | Latitude of 1st cell tower used. | | YES | |
| 1st Tower LONG | Longitude of 1st cell tower used. | | YES | |
| 1st Tower Address | Street Address of the 1st serving tower, if available | | YES | |
| 1st Tower City | City of the 1st serving tower, if available | | YES | |

RETURN TO TABLE OF CONTENTS

| | | | | |
|---|---|---|---|---|
| 1st Tower State | State of the 1st serving tower, if available | | YES | |
| 1st Tower Zip | ZIP of the 1st serving tower, if available | | YES | |
| Last LTE Site ID | Hexadecimal value of the CGI/eCGI/GSM identifiers | | YES | |
| Last LTE Sector ID | Engineering site and sector ID | | YES | If call is roaming, the mobile country code, (MCC) may be displayed in this field |
| Last LAC ID | Last LAC value in decimal if the site is a GSM site | | YES | |
| Last Cell ID | Last Cell Site ID value in decimal if the site is a GSM site | | YES | |
| Last Tower Azimuth | Azimuth orientation of antenna serving user, if available (see note below) | | YES | If call is roaming, the mobile network code (MNC) may be displayed in this field |
| Last Tower LAT | Latitude of last cell tower used. | | YES | |
| Last Tower LONG | Longitude of last cell tower used. | | YES | |
| Last Tower Address | Street Address of the last serving tower, if available | | YES | If call is roaming, "Roaming" may be displayed in this field |
| Last Tower City | City of the last serving tower, if available | | YES | If call is roaming, the roaming country may be displayed in this field |
| Last Tower State | State of the last serving tower, if available | | YES | |
| Last Tower Zip | ZIP of the last serving tower, if available | | YES | |

A NOTE ON AZIMUTH: The azimuth listed is the center compass degree facing of the identified sector of the tower. Generally, a tower's coverage is circular and divided into three equal pieces (each 120 degrees wide). Due north is 0, due south is 180. However, not every tower is aligned with the first sector starting at 0. Using the listed azimuth, rough direction from the tower can be calculated for a call. The center degree of the sector's facing is indicated in this field. For example, if a facing has a listed orientation of 90, the center of the coverage is pointed at 90 degrees, but the sector will cover traffic from roughly 60 degrees on either side (thus 30 to 150 degrees in this example).

For more information on UTC, please visit http://www.timeanddate.com/time/aboututc.html. You must use a converter such as http://www.worldtimeserver.com/convert_time_in_UTC.aspx to convert records to your local time

RETURN TO TABLE OF CONTENTS