# EXHIBIT 5

Case 7:25-cv-00973-D-BM    Document 33-5    Filed 03/17/26    Page 1 of 14

Provided On: December 19, 2025

Tracking ID: 5859803

RE: ████871

Case No.: 7:25-cv-000973-D-BM

**T··Mobile·**®

All times below are reflected in Coordinated Universal Time (UTC).

| Date | Time | Duration | Call Type | Direction | Calling Number | Dialed Number | Called Number | Destination Number | IMSI | IMEI | Completion Code | Service Code | Switch Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/2024 | 12:32:54 | | SMSC | | ██ | | ██1871 | | | | Completed Successfully | | plmco402 |
| 10/01/2024 | 12:32:54 | | SMSC | | ██1871 | | ██ | | | | Completed Successfully | | ttmco401 |
| 10/01/2024 | 12:34:38 | | SMSC | | ██1871 | | ██ | | | | Completed Successfully | | ttmco403 |
| 10/01/2024 | 12:34:39 | | SMSC | | ██ | | ██1871 | | | | Completed Successfully | | plmco402 |
| 10/01/2024 | 12:35:44 | | SMSC | | ██ | | ██1871 | | | | Completed Successfully | | plmco402 |
| 10/01/2024 | 12:35:44 | | SMSC | | ██1871 | | ██ | | | | Completed Successfully | | ttmco401 |
| 10/01/2024 | 12:36:49 | | SMSC | | ██1871 | | ██ | | | | Completed Successfully | | plmco401 |
| 10/01/2024 | 12:36:49 | | SMSC | | ██ | | ██1871 | | | | Completed Successfully | | plmco402 |
| 10/01/2024 | 12:37:54 | | SMSC | | ██ | | ██1871 | | | | Completed Successfully | | plmco402 |
| 10/01/2024 | 12:37:54 | | SMSC | | ██1871 | | ██ | | | | Completed Successfully | | plmco401 |
| 10/01/2024 | 13:49:11 | | SMSC | | ██ | | ██1871 | | | | Completed Successfully | | plmco402 |
| 10/01/2024 | 13:49:52 | | SMSC | | ██1871 | | ██ | | | | Completed Successfully | | plmco402 |
| 10/01/2024 | 13:56:15 | | SMSC | | ██ | | ██1871 | | | | Completed Successfully | | plmco402 |
| 10/01/2024 | 14:04:26 | | SMSC | | ██1871 | | ██ | | | | Completed Successfully | | plmco401 |
| 10/01/2024 | 14:04:58 | | SMSC | | ██ | | ██1871 | | | | Completed Successfully | | plmco402 |
| 10/01/2024 | 14:05:32 | | SMSC | | ██1871 | | ██ | | | | Completed Successfully | | ttmco401 |
| 10/01/2024 | 14:05:49 | | SMSC | | ██ | | ██1871 | | | | Completed Successfully | | plmco402 |
| 10/01/2024 | 14:05:50 | | SMSC | | ██ | | ██1871 | | | | Completed Successfully | | plmco402 |
| 10/01/2024 | 14:06:49 | 606 | mtc | Incoming | ██ | ██1871 | ██1871 | ██1871 | ██ | ██ | Completed Successfully | 011 | ATTAS402 |
| 10/01/2024 | 14:17:45 | | SMSC | | ██1871 | | ██ | | | | Completed Successfully | | plmco402 |
| 10/01/2024 | 14:17:54 | | SMSC | | ██1871 | | ██ | | | | Completed Successfully | | plmco402 |
| 10/01/2024 | 14:18:41 | | SMSC | | ██1871 | | ██ | | | | Completed Successfully | | ttmco401 |

**Information Provided By:**

T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Case 7:25-cv-00973-D-BM    Document 33-5    Filed 03/17/26    Page 2 of 14

| Date | Time | Duration | Type | Direction | A | B | C | D | E | F | Status | Code | Switch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/09/2024 | 20:09:29 | | SMSC | | 12022342727 | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/09/2024 | 20:09:49 | | SMSC | | ▮1871 | | 12022342727 | | | | Completed Successfully | | ttmco403 |
| 10/09/2024 | 20:36:50 | 28 | mtc | Incoming | ▮ | ▮1871 | ▮1871 | ▮1871 | ▮ | ▮ | Completed Successfully | 011 | MOTAS401 |
| 10/09/2024 | 20:38:06 | 12 | mtc | Incoming | ▮ | ▮1871 | ▮1871 | ▮1871 | ▮ | ▮ | Completed Successfully | 011 | MOTAS401 |
| 10/09/2024 | 21:14:40 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/09/2024 | 21:49:51 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/09/2024 | 21:53:15 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/09/2024 | 22:31:01 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/09/2024 | 23:00:32 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/09/2024 | 23:00:33 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/09/2024 | 23:06:01 | | SMSC | | ▮1871 | | ▮ | | | | Completed Successfully | | ttmco401 |
| 10/09/2024 | 23:34:34 | 623 | mtc | Incoming | ▮ | ▮1871 | ▮1871 | ▮1871 | ▮ | ▮ | Completed Successfully | | MOTAS401 |
| 10/10/2024 | 11:23:46 | | mtc | Incoming | ▮ | ▮1871 | ▮1871 | ▮1871 | ▮ | ▮ | Abnormal Completion | | MOTAS401 |
| 10/10/2024 | 11:53:52 | 369 | moc | Outgoing | ▮1871 | ▮ | ▮ | ▮ | ▮ | ▮ | Completed Successfully | | MOTAS401 |
| 10/10/2024 | 16:09:09 | 11 | mtc | Incoming | ▮ | ▮1871 | ▮1871 | ▮1871 | ▮ | ▮ | Completed Successfully | 011 | MOTAS401 |
| 10/10/2024 | 16:22:28 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/10/2024 | 17:39:45 | 743 | mtc | Incoming | ▮ | ▮1871 | ▮1871 | ▮1871 | ▮ | ▮ | Completed Successfully | | MOTAS401 |
| 10/10/2024 | 18:05:40 | 822 | moc | Outgoing | ▮1871 | ▮ | ▮ | ▮ | ▮ | ▮ | Completed Successfully | | MOTAS401 |
| 10/10/2024 | 18:07:31 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/10/2024 | 19:10:38 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/10/2024 | 19:11:48 | 40 | mtc | Incoming | ▮ | ▮1871 | ▮1871 | ▮1871 | ▮ | ▮ | Completed Successfully | 011 | MOTAS401 |
| 10/10/2024 | 19:44:55 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/10/2024 | 22:21:17 | | SMSC | | ▮1871 | | ▮ | | | | Completed Successfully | | plmco401 |
| 10/10/2024 | 22:21:17 | | SMSC | | ▮1871 | | ▮ | | | | Completed Successfully | | ttmco401 |
| 10/10/2024 | 22:21:18 | | SMSC | | ▮1871 | | ▮ | | | | Completed Successfully | | plmco403 |
| 10/10/2024 | 22:21:18 | | SMSC | | ▮1871 | | ▮ | | | | Completed Successfully | | plmco402 |
| 10/10/2024 | 22:21:18 | | SMSC | | ▮1871 | | ▮ | | | | Completed Successfully | | ttmco403 |
| 10/11/2024 | 01:08:25 | | SMSC | | ▮1871 | | ▮ | | | | Completed Successfully | | ttmco401 |
| 10/11/2024 | 01:08:41 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 20 of 577

Case 7:25-cv-00973-D-BM     Document 33-5     Filed 03/17/26     Page 3 of 14

| Date | Time | | Type | Direction | | | | | | Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2024 | 01:08:44 | | SMSC | | ████ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 01:10:15 | | SMSC | | ████ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 16:47:45 | | SMSC | | ██ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 16:52:24 | 13 | mtc | Incoming | ████ ██1871 | 1871 | ██1871 | ████ ████ | | Completed Successfully | 011 | MOTAS401 |
| 10/11/2024 | 16:58:53 | | SMSC | | ██ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 17:00:12 | | SMSC | | ██ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 17:06:40 | 25 | mtc | Incoming | ████ ██1871 | 1871 | ██1871 | ████ ████ | | Completed Successfully | 011 | MOTAS401 |
| 10/11/2024 | 17:11:33 | | SMSC | | ██ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 17:12:41 | | SMSC | | ████1871 | ████ | | | | Completed Successfully | | ttmco401 |
| 10/11/2024 | 18:03:00 | | SMSC | | ████ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:03:25 | | SMSC | | ████1871 | ████ | | | | Completed Successfully | | plmco401 |
| 10/11/2024 | 18:03:40 | | SMSC | | ████ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:03:53 | | SMSC | | ████1871 | ████ | | | | Completed Successfully | | plmco401 |
| 10/11/2024 | 18:04:00 | | SMSC | | ████1871 | ████ | | | | Completed Successfully | | ttmco402 |
| 10/11/2024 | 18:04:20 | | SMSC | | ████1871 | ████ | | | | Completed Successfully | | ttmco403 |
| 10/11/2024 | 18:08:03 | | SMSC | | ██ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:23:53 | | SMSC | | ████ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:24:07 | | SMSC | | ████ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:24:24 | | SMSC | | ████1871 | ████ | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:24:48 | | SMSC | | ████ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:24:54 | | SMSC | | ████ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:25:27 | | SMSC | | ████1871 | ████ | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:25:37 | | SMSC | | ████1871 | ████ | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:25:42 | | SMSC | | ██ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:40:40 | | SMSC | | ██ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:47:19 | | SMSC | | ████ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:47:44 | | SMSC | | ████1871 | ████ | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:54:56 | | SMSC | | ████ | 1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:55:30 | | SMSC | | ████1871 | ████ | | | | Completed Successfully | | ttmco402 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 21 of 577

Case 7:25-cv-00973-D-BM    Document 33-5    Filed 03/17/26    Page 4 of 14

| Date | Time | | Type | Direction | | | | | | | Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2024 | 18:55:30 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | plmco403 |
| 10/11/2024 | 18:55:32 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 18:55:46 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | plmco403 |
| 10/11/2024 | 18:55:54 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | ttmco401 |
| 10/11/2024 | 18:57:08 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 19:09:03 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 19:13:07 | 347 | mtc | Incoming | ███ | ███1871 | ███1871 | ███1871 | ███ | ███ | Completed Successfully | | MOTAS401 |
| 10/11/2024 | 19:20:36 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 19:48:21 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 19:48:22 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 20:12:29 | 19 | mtc | Incoming | ███ | ███1871 | ███1871 | ███1871 | ███ | ███ | Completed Successfully | 02A;11 | MOTAS401 |
| 10/11/2024 | 20:13:02 | 19 | moc | Outgoing | ███ | ███ | ███ | ███ | ███ | ███ | Completed Successfully | 02A | MOTAS401 |
| 10/11/2024 | 21:10:02 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/11/2024 | 21:37:05 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/12/2024 | 02:23:40 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/12/2024 | 02:24:39 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/12/2024 | 13:06:38 | | SMSC | | 12022342727 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/12/2024 | 13:06:42 | | SMSC | | 12022342727 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/12/2024 | 13:33:37 | | mtc | Incoming | 12022342727 | ███1871 | ███1871 | ███1871 | ███ | ███ | Abnormal Completion | | MOTAS401 |
| 10/12/2024 | 13:34:53 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/12/2024 | 14:59:16 | | mtc | Incoming | 12022342727 | ███1871 | ███1871 | ███1871 | ███ | ███ | Abnormal Completion | | MOTAS401 |
| 10/12/2024 | 18:06:59 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/12/2024 | 18:11:19 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/12/2024 | 21:13:53 | | SMSC | | ███1871 | | 12022342727 | | | | Completed Successfully | | ttmco403 |
| 10/13/2024 | 16:41:32 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/13/2024 | 17:52:54 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/13/2024 | 17:52:55 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/13/2024 | 18:09:19 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | plmco402 |
| 10/13/2024 | 20:36:52 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Case 7:25-cv-00973-D-BM     Document 33-5     Filed 03/17/26     Page 5 of 14

| Date | Time | | Type | Direction | | | | | | | | Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/2024 | 01:58:29 | | mtc | Incoming | ████ | ████1871 | ████1871 | ████1871 | ████ | ████ | | Abnormal Completion | | MOTAS401 |
| 10/14/2024 | 01:58:49 | | mtc | Incoming | ████ | ████1871 | ████1871 | ████1871 | ████ | ████ | | Abnormal Completion | | MOTAS401 |
| 10/14/2024 | 01:59:35 | 21 | mtc | Incoming | ████ | ████1871 | ████1871 | ████1871 | ████ | ████ | | Completed Successfully | | MOTAS401 |
| 10/14/2024 | 12:12:44 | | SMSC | | ██ | | ████1871 | | | | | Completed Successfully | | ttn06 |
| 10/14/2024 | 12:12:45 | | SMSC | | ████1871 | | ██ | | | | | Completed Successfully | | ttn06 |
| 10/14/2024 | 13:02:20 | | SMSC | | ████ | | ████1871 | | | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 14:14:09 | | SMSC | | ████ | | ████1871 | | | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 15:20:06 | 11 | mtc | Incoming | ████ | ████1871 | ████1871 | ████1871 | ████ | ████ | | Completed Successfully | 011 | MOTAS401 |
| 10/14/2024 | 15:31:34 | | SMSC | | ████1871 | | ██ | | | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 15:31:35 | | SMSC | | ██ | | ████1871 | | | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 15:32:39 | | SMSC | | ████1871 | | ██ | | | | | Completed Successfully | | ttmco401 |
| 10/14/2024 | 15:32:40 | | SMSC | | ██ | | ████1871 | | | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 15:39:16 | | SMSC | | ████1871 | | ██ | | | | | Completed Successfully | | plmco401 |
| 10/14/2024 | 15:39:16 | | SMSC | | ██ | | ████1871 | | | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 15:41:42 | | SMSC | | ██ | | ████1871 | | | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 15:41:42 | | SMSC | | ████1871 | | ██ | | | | | Completed Successfully | | plmco403 |
| 10/14/2024 | 15:42:36 | | SMSC | | ████1871 | | ████ | | | | | Completed Successfully | | ttmco402 |
| 10/14/2024 | 15:42:48 | | SMSC | | ████1871 | | ██ | | | | | Completed Successfully | | ttmco401 |
| 10/14/2024 | 15:42:49 | | SMSC | | ██ | | ████1871 | | | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 15:43:52 | | SMSC | | ████1871 | | ██ | | | | | Completed Successfully | | ttmco401 |
| 10/14/2024 | 15:43:53 | | SMSC | | ██ | | ████1871 | | | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 15:44:58 | | SMSC | | ██ | | ████1871 | | | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 15:44:58 | | SMSC | | ████1871 | | ██ | | | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 15:53:22 | | SMSC | | ████1871 | | ████ | | | | | Completed Successfully | | ttmco402 |
| 10/14/2024 | 15:53:23 | | SMSC | | ████1871 | | ████ | | | | | Completed Successfully | | plmco401 |
| 10/14/2024 | 15:53:23 | | SMSC | | ████1871 | | ████ | | | | | Completed Successfully | | ttmco403 |
| 10/14/2024 | 15:53:48 | | SMSC | | ████1871 | | ████ | | | | | Completed Successfully | | ttmco401 |
| 10/14/2024 | 16:37:30 | | SMSC | | ████ | | ████1871 | | | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 16:47:47 | | SMSC | | ████1871 | | ████ | | | | | Completed Successfully | | plmco403 |

**Information Provided By:**

T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

| Date | Time | Duration | Type | Direction | | | | | | Status | Code | Switch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/14/2024 | 16:47:48 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | ttmco401 |
| 10/14/2024 | 16:47:48 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | plmco401 |
| 10/14/2024 | 17:26:01 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 17:30:21 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | ttmco401 |
| 10/14/2024 | 17:30:31 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | ttmco401 |
| 10/14/2024 | 17:46:16 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | ttmco402 |
| 10/14/2024 | 17:58:15 | | SMSC | | ███ | | ███ 1871 | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 17:58:41 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 17:58:51 | 449 | mtc | Incoming | ███ | ███ 1871 | ███ 1871 | ███ 1871 | ███ ███ | Completed Successfully | | ATTAS401 |
| 10/14/2024 | 18:07:12 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | plmco403 |
| 10/14/2024 | 18:08:07 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | plmco401 |
| 10/14/2024 | 18:15:20 | | SMSC | | ███ | | ███ 1871 | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 18:44:52 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | plmco403 |
| 10/14/2024 | 18:45:50 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | ttmco402 |
| 10/14/2024 | 18:45:50 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | plmco403 |
| 10/14/2024 | 18:46:01 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 19:15:50 | | SMSC | | ███ | | ███ 1871 | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 19:40:29 | | SMSC | | ███ | | ███ 1871 | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 20:08:35 | | SMSC | | ███ | | ███ 1871 | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 20:28:06 | | SMSC | | ███ 1871 | | ███ | | | Completed Successfully | | ttmco403 |
| 10/14/2024 | 20:39:48 | 24 | moc | Outgoing | ███ 1871 | ███ | ███ | ███ | ███ ███ | Completed Successfully | | ATTAS401 |
| 10/14/2024 | 20:40:19 | 19 | moc | Outgoing | ███ 1871 | ███ | ███ | ███ | ███ ███ | Completed Successfully | | ATTAS401 |
| 10/14/2024 | 20:41:43 | 26 | moc | Outgoing | ███ 1871 | ███ | ███ | ███ | ███ ███ | Completed Successfully | | ATTAS401 |
| 10/14/2024 | 21:01:40 | 28 | mtc | Incoming | ███ | ███ 1871 | ███ 1871 | ███ 1871 | ███ ███ | Completed Successfully | 011 | ATTAS401 |
| 10/14/2024 | 21:14:01 | | SMSC | | ███ | | ███ 1871 | | | Completed Successfully | | plmco402 |
| 10/14/2024 | 21:19:52 | 34 | mtc | Incoming | ███ | ███ 1871 | ███ 1871 | ███ 1871 | ███ ███ | Completed Successfully | | ATTAS401 |
| 10/14/2024 | 21:52:04 | | mtc | Incoming | ███ | ███ 1871 | ███ 1871 | ███ 1871 | ███ ███ | Abnormal Completion | 02A;11 | ATTAS401 |
| 10/14/2024 | 21:52:36 | | moc | Outgoing | ███ | ███ | ███ | ███ | ███ ███ | Abnormal Completion | 02A | ATTAS401 |
| 10/15/2024 | 12:12:39 | | SMSC | | ███ | | ███ 1871 | | | Completed Successfully | | plmco402 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 24 of 577

| Date | Time | | Type | Direction | | | | | | | Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/2024 | 12:49:56 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | plmco403 |
| 10/15/2024 | 12:50:42 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | ttmco402 |
| 10/15/2024 | 13:55:42 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 14:03:34 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | ttmco402 |
| 10/15/2024 | 14:09:56 | 10 | mtc | Incoming | ███ | ███1871 | ███1871 | ███1871 | ███ | ███ | Completed Successfully | 011 | ATTAS401 |
| 10/15/2024 | 14:23:38 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 14:24:33 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | plmco403 |
| 10/15/2024 | 14:24:33 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | ttmco403 |
| 10/15/2024 | 14:25:20 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 14:25:40 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | plmco401 |
| 10/15/2024 | 14:25:58 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 14:32:41 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 14:57:37 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 15:20:42 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 15:23:42 | | SMSC | | 18559830131 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 15:23:59 | | SMSC | | 18559830131 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 15:24:00 | | SMSC | | 18559830131 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 15:25:43 | 20 | mtc | Incoming | ███ | ███1871 | ███1871 | ███1871 | ███ | ███ | Completed Successfully | 011 | ATTAS401 |
| 10/15/2024 | 16:37:23 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 16:51:50 | 13 | mtc | Incoming | ███ | ███1871 | ███1871 | ███1871 | ███ | ███ | Completed Successfully | 011 | ATTAS401 |
| 10/15/2024 | 17:32:41 | 19 | mtc | Incoming | ███ | ███1871 | ███1871 | ███1871 | ███ | ███ | Completed Successfully | 011 | ATTAS401 |
| 10/15/2024 | 17:36:09 | 24 | mtc | Incoming | ███ | ███1871 | ███1871 | ███1871 | ███ | ███ | Completed Successfully | 011 | ATTAS401 |
| 10/15/2024 | 17:44:27 | 179 | mtc | Incoming | ███ | ███1871 | ███1871 | ███1871 | ███ | ███ | Completed Successfully | | ATTAS401 |
| 10/15/2024 | 17:56:49 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 18:51:58 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 19:28:55 | 20 | mtc | Incoming | ███ | ███1871 | ███1871 | ███1871 | ███ | ███ | Completed Successfully | 011 | ATTAS401 |
| 10/15/2024 | 19:36:48 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/15/2024 | 20:45:05 | 14 | mtc | Incoming | ███ | ███1871 | ███1871 | ███1871 | ███ | ███ | Completed Successfully | 011 | ATTAS401 |
| 10/15/2024 | 20:45:46 | | moc | Outgoing | ███1871 | ███ | ███ | ███ | ███ | ███ | Abnormal Completion | | ATTAS401 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Page: 25 of 577

Case 7:25-cv-00973-D-BM    Document 33-5    Filed 03/17/26    Page 9 of 14

| Date | Time | | Type | Direction | | | | | | | | Status | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/15/2024 | 20:45:48 | | moc | Outgoing | ▮1871 | ▮ | ▮ | ▮ | ▮ | ▮ | | Abnormal Completion | ATTAS401 |
| 10/15/2024 | 20:46:38 | | moc | Outgoing | ▮1871 | ▮ | ▮ | ▮ | ▮ | ▮ | | Abnormal Completion | ATTAS401 |
| 10/15/2024 | 20:46:39 | | moc | Outgoing | ▮1871 | ▮ | ▮ | ▮ | ▮ | ▮ | | Abnormal Completion | ATTAS401 |
| 10/15/2024 | 20:49:51 | | SMSC | | ▮1871 | | 12022342727 | | | | | Completed Successfully | ttmco402 |
| 10/15/2024 | 20:53:53 | | SMSC | | 12022342727 | | ▮1871 | | | | | Completed Successfully | plmco402 |
| 10/15/2024 | 20:54:13 | | SMSC | | 12022342727 | | ▮1871 | | | | | Completed Successfully | plmco402 |
| 10/15/2024 | 20:54:18 | | SMSC | | ▮1871 | | 12022342727 | | | | | Completed Successfully | ttmco402 |
| 10/15/2024 | 20:55:02 | | SMSC | | ▮1871 | | ▮ | | | | | Completed Successfully | ttmco401 |
| 10/15/2024 | 21:13:46 | | SMSC | | ▮ | | ▮1871 | | | | | Completed Successfully | plmco402 |
| 10/15/2024 | 22:08:26 | 15 | mtc | Incoming | ▮ | ▮1871 | ▮1871 | ▮1871 | ▮ | ▮ | | Completed Successfully | ATTAS401 |
| 10/15/2024 | 22:09:00 | | SMSC | | ▮ | | ▮1871 | | | | | Completed Successfully | plmco402 |
| 10/15/2024 | 22:09:06 | | SMSC | | ▮1871 | | ▮ | | | | | Completed Successfully | plmco403 |
| 10/15/2024 | 22:09:12 | | SMSC | | ▮ | | ▮1871 | | | | | Completed Successfully | plmco402 |
| 10/15/2024 | 22:09:19 | | SMSC | | ▮1871 | | ▮ | | | | | Completed Successfully | ttmco401 |
| 10/15/2024 | 22:09:42 | 55 | mtc | Incoming | ▮ | ▮1871 | ▮1871 | ▮1871 | ▮ | ▮ | | Completed Successfully | ATTAS401 |
| 10/15/2024 | 22:09:53 | | SMSC | | ▮1871 | | ▮ | | | | | Completed Successfully | plmco401 |
| 10/15/2024 | 22:11:37 | | SMSC | | ▮1871 | | ▮ | | | | | Completed Successfully | plmco401 |
| 10/15/2024 | 22:12:42 | | SMSC | | ▮1871 | | ▮ | | | | | Completed Successfully | plmco403 |
| 10/15/2024 | 22:12:42 | | SMSC | | ▮1871 | | ▮ | | | | | Completed Successfully | ttmco401 |
| 10/15/2024 | 22:17:21 | | SMSC | | ▮1871 | | ▮ | | | | | Completed Successfully | ttmco403 |
| 10/15/2024 | 22:17:50 | | SMSC | | ▮1871 | | ▮ | | | | | Completed Successfully | ttmco402 |
| 10/15/2024 | 22:20:32 | | SMSC | | ▮1871 | | ▮ | | | | | Completed Successfully | ttmco403 |
| 10/15/2024 | 22:20:33 | | SMSC | | ▮1871 | | ▮ | | | | | Completed Successfully | ttmco403 |
| 10/15/2024 | 22:22:45 | | SMSC | | ▮1871 | | 12022342727 | | | | | Completed Successfully | ttmco401 |
| 10/15/2024 | 22:23:48 | 10 | moc | Outgoing | ▮1871 | ▮ | ▮ | ▮ | ▮ | ▮ | | Completed Successfully | ATTAS401 |
| 10/15/2024 | 22:25:17 | | SMSC | | ▮1871 | | 12022342727 | | | | | Completed Successfully | plmco402 |
| 10/15/2024 | 22:25:35 | | SMSC | | ▮1871 | | 12022342727 | | | | | Completed Successfully | ttmco403 |
| 10/15/2024 | 22:25:52 | 24 | moc | Outgoing | ▮1871 | ▮ | ▮ | ▮ | ▮ | ▮ | | Completed Successfully | ATTAS401 |
| 10/15/2024 | 22:26:25 | | SMSC | | 12022342727 | | ▮1871 | | | | | Completed Successfully | plmco402 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

| Date | Time | | From | To | | Status | |
|------|------|------|------|------|------|------|------|
| 10/15/2024 | 22:27:23 | SMSC | ████1871 | 12022342727 | | Completed Successfully | ttmco402 |
| 10/15/2024 | 22:28:11 | SMSC | 12022342727 | ████1871 | | Completed Successfully | plmco402 |
| 10/15/2024 | 22:29:25 | SMSC | ████1871 | 12022342727 | | Completed Successfully | ttmco402 |
| 10/15/2024 | 22:29:27 | SMSC | ████1871 | 12022342727 | | Completed Successfully | ttmco403 |
| 10/15/2024 | 23:26:59 | SMSC | ████1871 | ████████ | | Completed Successfully | ttmco403 |
| 10/16/2024 | 12:52:01 | SMSC | 12022342727 | ████1871 | | Completed Successfully | plmco402 |
| 10/16/2024 | 12:52:24 | SMSC | 12022342727 | ████1871 | | Completed Successfully | plmco402 |
| 10/16/2024 | 12:52:29 | SMSC | 12022342727 | ████1871 | | Completed Successfully | plmco402 |
| 10/16/2024 | 12:52:30 | SMSC | ████1871 | 12022342727 | | Completed Successfully | ttmco403 |
| 10/16/2024 | 12:52:48 | SMSC | 12022342727 | ████1871 | | Completed Successfully | plmco402 |
| 10/16/2024 | 12:53:26 | SMSC | ████1871 | 12022342727 | | Completed Successfully | plmco403 |
| 10/16/2024 | 12:53:27 | SMSC | 12022342727 | ████1871 | | Completed Successfully | plmco402 |
| 10/16/2024 | 12:53:57 | SMSC | 12022342727 | ████1871 | | Completed Successfully | plmco402 |
| 10/16/2024 | 13:06:17 | SMSC | 12022342727 | ████1871 | | Completed Successfully | plmco402 |
| 10/16/2024 | 13:10:43 | SMSC | ████1871 | 12022342727 | | Completed Successfully | ttmco401 |
| 10/16/2024 | 13:11:00 | SMSC | ████1871 | 12022342727 | | Completed Successfully | ttmco402 |
| 10/16/2024 | 13:11:31 | SMSC | 12022342727 | ████1871 | | Completed Successfully | plmco402 |
| 10/16/2024 | 13:12:01 | SMSC | 12022342727 | ████1871 | | Completed Successfully | plmco402 |
| 10/16/2024 | 13:15:59 | SMSC | ████1871 | 12022342727 | | Completed Successfully | ttmco403 |
| 10/16/2024 | 13:16:03 | SMSC | ████1871 | 12022342727 | | Completed Successfully | plmco401 |
| 10/16/2024 | 13:16:50 | SMSC | 12022342727 | ████1871 | | Completed Successfully | plmco402 |
| 10/16/2024 | 13:17:44 | SMSC | ████1871 | 12022342727 | | Completed Successfully | ttmco402 |
| 10/16/2024 | 13:18:06 | SMSC | ████1871 | 12022342727 | | Completed Successfully | plmco401 |
| 10/16/2024 | 13:18:14 | SMSC | 12022342727 | ████1871 | | Completed Successfully | plmco402 |
| 10/16/2024 | 13:18:38 | SMSC | ████1871 | 12022342727 | | Completed Successfully | plmco401 |
| 10/16/2024 | 13:20:43 | SMSC | ████ | ████1871 | | Completed Successfully | plmco402 |
| 10/16/2024 | 13:21:49 | SMSC | ████1871 | 12022342727 | | Completed Successfully | plmco401 |
| 10/16/2024 | 13:21:57 | SMSC | ████1871 | 12022342727 | | Completed Successfully | ttmco402 |
| 10/16/2024 | 13:22:09 | SMSC | ████1871 | 12022342727 | | Completed Successfully | ttmco403 |

**Information Provided By:**

T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

| Date | Time | Dur | Type | Direction | | | | | | | Status | Code | Switch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2024 | 13:39:19 | | SMSC | | ███1871 | | 12022342727 | | | | Completed Successfully | | plmco401 |
| 10/16/2024 | 13:51:55 | 157 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | 011 | ATTAS401 |
| 10/16/2024 | 13:54:57 | | moc | Outgoing | ███1871 | ████ | ████ | ████ | ████ | ████ | Abnormal Completion | | ATTAS401 |
| 10/16/2024 | 13:54:59 | | moc | Outgoing | ███1871 | ████ | ████ | ████ | ████ | ████ | Abnormal Completion | | ATTAS401 |
| 10/16/2024 | 14:28:10 | 19 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | 011 | ATTAS401 |
| 10/16/2024 | 14:36:34 | | SMSC | | ██ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 15:20:22 | 516 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | 011 | ATTAS401 |
| 10/16/2024 | 15:24:36 | 10 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | 041;2A;11 | ATTAS401 |
| 10/16/2024 | 15:25:07 | 10 | moc | Outgoing | ████ | ████ | ████ | ████ | ████ | ████ | Completed Successfully | 02A | ATTAS401 |
| 10/16/2024 | 15:35:24 | 12 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | 011 | ATTAS401 |
| 10/16/2024 | 15:37:51 | 14 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | 011 | ATTAS401 |
| 10/16/2024 | 15:40:28 | 46 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | 029 | ATTAS401 |
| 10/16/2024 | 15:40:35 | 46 | moc | Outgoing | ████ | ████ | ████ | ████ | ████ | ████ | Completed Successfully | 029 | ATTAS401 |
| 10/16/2024 | 16:06:22 | 13 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | 029;11 | ATTAS401 |
| 10/16/2024 | 16:06:46 | 13 | moc | Outgoing | ████ | ████ | ████ | ████ | ████ | ████ | Completed Successfully | 029 | ATTAS401 |
| 10/16/2024 | 16:16:39 | | SMSC | | ███1871 | | ████ | | | | Completed Successfully | | ttmco402 |
| 10/16/2024 | 16:16:47 | | SMSC | | ███1871 | | ████ | | | | Completed Successfully | | ttmco401 |
| 10/16/2024 | 16:23:10 | | SMSC | | ██ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 16:25:23 | 39 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | 011 | ATTAS401 |
| 10/16/2024 | 16:27:41 | 22 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | | ATTAS401 |
| 10/16/2024 | 16:42:11 | 28 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | 029;11 | ATTAS401 |
| 10/16/2024 | 16:42:25 | 28 | moc | Outgoing | ████ | ████ | ████ | ████ | ████ | ████ | Completed Successfully | 029 | ATTAS401 |
| 10/16/2024 | 16:42:54 | | SMSC | | ██ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 16:54:06 | 11 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | 011 | ATTAS401 |
| 10/16/2024 | 17:04:20 | 13 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | | ATTAS401 |
| 10/16/2024 | 17:11:50 | | SMSC | | 12022342727 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 17:12:14 | | SMSC | | 12022342727 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 17:12:29 | | SMSC | | ███1871 | | 12022342727 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 17:41:40 | 466 | mtc | Incoming | ████ | ███1871 | ███1871 | ███1871 | ████ | ████ | Completed Successfully | | ATTAS401 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

| Date | Time | | Type | Direction | | | | | | | Status | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2024 | 18:09:01 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:03 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:04 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:06 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:08 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:09 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:10 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:24 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:25 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:26 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:27 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:29 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:30 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:31 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:33 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:35 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:55 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:09:59 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:10:02 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:10:03 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:10:05 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:11:48 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:19:57 | | SMSC | | 12022342727 | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 18:20:45 | | SMSC | | ▮1871 | | 12022342727 | | | | Completed Successfully | | plmco401 |
| 10/16/2024 | 18:52:01 | 7 | mtc | Incoming | ▮ | ▮1871 | ▮1871 | ▮1871 | ▮ | ▮ | Completed Successfully | 011 | ATTAS401 |
| 10/16/2024 | 18:52:38 | 46 | mtc | Incoming | ▮ | ▮1871 | ▮1871 | ▮1871 | ▮ | ▮ | Completed Successfully | 029;11 | ATTAS401 |
| 10/16/2024 | 18:52:45 | 46 | moc | Outgoing | ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | Completed Successfully | 029 | ATTAS401 |
| 10/16/2024 | 18:59:33 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 19:06:48 | | SMSC | | ▮ | | ▮1871 | | | | Completed Successfully | | plmco402 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

| Date | Time | | Type | Direction | | | | | | | Status | | |
|------|------|---|------|-----------|---|---|---|---|---|---|--------|---|---|
| 10/16/2024 | 19:12:42 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | plmco403 |
| 10/16/2024 | 19:16:39 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | ttmco402 |
| 10/16/2024 | 19:17:02 | | SMSC | | ███1871 | | ███ | | | | Completed Successfully | | plmco401 |
| 10/16/2024 | 19:21:00 | 10 | mtc | Incoming | ███ | ███1871 | ███1871 | ███1871 | ███ | ███ | Completed Successfully | 011 | ATTAS401 |
| 10/16/2024 | 19:36:28 | 23 | mtc | Incoming | ███ | ███1871 | ███1871 | ███1871 | ███ | ███ | Completed Successfully | 011 | ATTAS401 |
| 10/16/2024 | 19:51:19 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 20:21:50 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 21:09:20 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 21:14:03 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 21:33:02 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 23:08:00 | | SMSC | | 12022342727 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 23:08:13 | | SMSC | | 12022342727 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 23:09:44 | | SMSC | | ███1871 | | 12022342727 | | | | Completed Successfully | | ttmco401 |
| 10/16/2024 | 23:10:01 | | SMSC | | 12022342727 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 23:13:57 | | SMSC | | ███1871 | | 12022342727 | | | | Completed Successfully | | ttmco403 |
| 10/16/2024 | 23:14:02 | | SMSC | | ███1871 | | 12022342727 | | | | Completed Successfully | | plmco403 |
| 10/16/2024 | 23:34:50 | | SMSC | | 12022342727 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 23:36:47 | | SMSC | | ███1871 | | 12022342727 | | | | Completed Successfully | | plmco403 |
| 10/16/2024 | 23:45:12 | | SMSC | | 12022342727 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 23:46:13 | | SMSC | | ███1871 | | 12022342727 | | | | Completed Successfully | | ttmco401 |
| 10/16/2024 | 23:46:39 | | SMSC | | ███1871 | | 12022342727 | | | | Completed Successfully | | ttmco403 |
| 10/16/2024 | 23:46:56 | | SMSC | | ███1871 | | 12022342727 | | | | Completed Successfully | | ttmco401 |
| 10/16/2024 | 23:47:01 | | SMSC | | 12022342727 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 23:47:06 | | SMSC | | ███1871 | | 12022342727 | | | | Completed Successfully | | ttmco403 |
| 10/16/2024 | 23:47:10 | | SMSC | | 12022342727 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 23:47:10 | | SMSC | | ███1871 | | 12022342727 | | | | Completed Successfully | | ttmco401 |
| 10/16/2024 | 23:48:00 | | SMSC | | ███1871 | | 12022342727 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 23:48:59 | | SMSC | | 12022342727 | | ███1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 23:53:32 | | SMSC | | ███ | | ███1871 | | | | Completed Successfully | | plmco402 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Case 7:25-cv-00973-D-BM    Document 33-5    Filed 03/17/26    Page 13 of 14

| Date | Time | Dur | Type | Direction | Number | Number | Number | Number | Number | Number | Status | Code | System |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2024 | 23:55:33 | | SMSC | | ████1871 | | 12022342727 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 23:56:31 | | SMSC | | ██ | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 23:57:50 | | SMSC | | 12022342727 | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/16/2024 | 23:58:04 | | SMSC | | ████1871 | | 12022342727 | | | | Completed Successfully | | ttmco403 |
| 10/16/2024 | 23:58:13 | | SMSC | | 12022342727 | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 14:06:22 | 20 | mtc | Incoming | ████████ | ████1871 | ████1871 | ████1871 | ████████ | ████████ | Completed Successfully | 011 | ATTAS401 |
| 10/17/2024 | 14:27:09 | 19 | mtc | Incoming | ████████ | ████1871 | ████1871 | ████1871 | ████████ | ████████ | Completed Successfully | 011 | ATTAS401 |
| 10/17/2024 | 14:46:36 | 60 | mtc | Incoming | ████████ | ████1871 | ████1871 | ████1871 | ████████ | ████████ | Completed Successfully | 011 | ATTAS401 |
| 10/17/2024 | 15:25:15 | | SMSC | | ██ | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 15:56:38 | | mtc | Incoming | ████████ | ████1871 | ████1871 | ████1871 | ████████ | ████████ | Completed Successfully | 02B;11 | ATTAS401 |
| 10/17/2024 | 15:56:46 | | moc | Outgoing | ████████ | ████████ | ████████ | ████████ | ████████ | ████████ | Completed Successfully | 02B | ATTAS401 |
| 10/17/2024 | 15:56:55 | | mtc | Incoming | ████████ | ████1871 | ████1871 | ████1871 | ████████ | ████████ | Abnormal Completion | 011 | ATTAS401 |
| 10/17/2024 | 16:06:34 | | SMSC | | ██ | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 16:13:20 | 24 | mtc | Incoming | ████████ | ████1871 | ████1871 | ████1871 | ████████ | ████████ | Completed Successfully | 011 | ATTAS401 |
| 10/17/2024 | 16:31:21 | | SMSC | | ██ | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 17:27:50 | | SMSC | | ██ | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 17:48:24 | | SMSC | | ██████ | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 17:48:35 | | SMSC | | ██████ | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 17:49:03 | | SMSC | | ████1871 | | ██████ | | | | Completed Successfully | | ttmco403 |
| 10/17/2024 | 17:49:08 | | SMSC | | ████1871 | | ██████ | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 17:51:59 | | SMSC | | ██████ | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 17:52:04 | | SMSC | | ██████ | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 17:52:49 | | SMSC | | ████1871 | | ██████ | | | | Completed Successfully | | ttmco401 |
| 10/17/2024 | 17:53:02 | | SMSC | | ██████ | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 17:53:52 | | SMSC | | ████1871 | | ██████ | | | | Completed Successfully | | plmco401 |
| 10/17/2024 | 17:58:06 | | SMSC | | ██████ | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 17:58:21 | | SMSC | | ██████ | | ████1871 | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 17:58:41 | | SMSC | | ████1871 | | ██████ | | | | Completed Successfully | | plmco402 |
| 10/17/2024 | 17:58:59 | | SMSC | | ████1871 | | ██████ | | | | Completed Successfully | | ttmco401 |

**Information Provided By:**
T-Mobile US, Inc.
Law Enforcement Relations

4 Sylvan Way, Parsippany, New Jersey 07054
Tel: 866-537-0911; Fax: 973-292-8697

Case 7:25-cv-00973-D-BM    Document 33-5    Filed 03/17/26    Page 14 of 14