# EXHIBIT 6

Case 7:25-cv-00973-D-BM     Document 33-6     Filed 03/17/26     Page 1 of 4



Writer's E-Mail Address:
kelly.dagger@elliswinters.com

Writer's Direct Dial Number:
(919) 573-1292

December 21, 2025

***RULE 408 COMMUNICATION***
Anthony Paronich, Esq.
anthony@paronichlaw.com
Andrew Perrong, Esq.
a@perronglaw.com
Ryan Duffy, Esq.
ryan@ryanpduffy.com

Re: *Hewett v. Enjoy the City North, Inc.*, No. 7:25-cv-973-D-BM (E.D.N.C.)

Dear Anthony, Andrew, and Ryan:

Enjoy the City North, Inc. ("SaveAround"), has consistently maintained from the outset of this dispute that Jason Hewett opted in to receive SaveAround text messages on October 15, 2024. SaveAround provided information documenting that opt-in to Mr. Hewett's counsel prior to Mr. Hewett filing this litigation, and again in discovery in this case.

Mr. Hewett, however, continues to deny opting in. Postscript's records show that Mr. Hewett received three SaveAround text messages on October 15, 2024, the first being a verification code that Mr. Hewett had to use to complete the opt-in process. Mr. Hewett denies having received the first two text messages shown below in Postscript's records, including the verification code text message, and claims his first message from SaveAround was the third message shown below:

| Shop ID | Shop Name | Phone Number | Message Direction | Message Status | Created At Time | Created At Date | Message Text |
|---|---|---|---|---|---|---|---|
| 42348 | SaveAround | ███187 | OUTBOUND | succeeded | 15:23:41 | 10/15/2024 | SaveAround: Your verification code is: 3965. Enter this code in the popup, or reply "Y" to this text to finish signing up. |
| 42348 | SaveAround | ███187 | OUTBOUND | succeeded | 15:23:58 | 10/15/2024 | SaveAround: You're subscribed to recurring marketing SMS & cart reminders. Reply STOP to stop, HELP for help. Msg&Data rates may apply. Msgs powered by Postscript. |
| 42348 | SaveAround | ███187 | OUTBOUND | succeeded | 15:23:59 | 10/15/2024 | SaveAround: Welcome Saver!<br><br>Use discount code TEXT10OFF2025 to take 10% off your order!<br><br>View the 2025* SaveAround Coupon Books: https://savearound.pscrpt.io/94CSG3<br><br>*Note: If your book is a "preorder" it will be in stock soon (and the code still applies) |

In a settlement demand letter dated October 31, 2025, Mr. Hewett's counsel stated that counsel had obtained a forensic image of Mr. Hewett's cell phone, and that Postscript's explanation "is not reflected in our client's telephone history, including through having no record of the purported verification code ever being sent."

**ELLIS & WINTERS LLP**
Mailing Address: P.O. Box 33550, Raleigh, NC 27636
4131 Parklake Avenue, Suite 400, Raleigh, NC 27612
T 919.865.7000  F 919.865.7010  W www.elliswinters.com

Mr. Hewett's counsel represented that there was no evidence of Mr. Hewett visiting the SaveAround website, and that "his device likely was off between the evening of October 11 and the morning of October 16, 2024," based on a gap in Mr. Hewett's web browsing history.  Counsel further represented that the first two text messages shown above were not present on Mr. Hewett's device.  Counsel suggested that the evidence may point to a failure of Postscript's system or someone else mistyping Mr. Hewett's phone number.

In discovery, Mr. Hewett refused to produce the forensic image or any browser history.

Yesterday, we produced records we received from T-Mobile, Mr. Hewett's cell service carrier.  As expected, T-Mobile's records reflect that, on October 15, 2024, three text messages were successfully transmitted from 855-983-0131 to Mr. Hewett's number, ███████-1871, at times matching Postscript's records.  The T-Mobile records also refute the suggestion that Mr. Hewett's device was off from October 11 to 16, 2024. Mr. Hewett sent numerous text messages between October 12 and 15, 2024, and he both answered and placed numerous phone calls during that time.

Based on the representations of counsel in the October 31, 2025, letter and the records from Postscript and T-Mobile, the only reasonable conclusion is that Mr. Hewett deleted evidence that he opted in to receive SaveAround text messages.

Mr. Hewett's case is meritless.  Mounting evidence of Mr. Hewett's spoliation of critical evidence exposes Mr. Hewett to the risk of sanctions.  SaveAround has been forced to incur substantial legal expenses, including the cost of briefing a motion to stay class discovery because Mr. Hewett did not agree to a stay in the Rule 26(f) process, the cost of thoroughly responding to discovery requests from Mr. Hewett, and the cost of investigating and obtaining evidence from third parties that Mr. Hewett did not produce. SaveAround is preparing to move for summary judgment, which will require a further investment of time and money.

Instead of further litigating an action that is without merit, SaveAround is willing to resolve the case and forgo any formal effort to recover its litigation costs.  If Mr. Hewett pays SaveAround the sum of $100,000 and dismisses his case with prejudice, SaveAround will not pursue relief based on Mr. Hewett's destruction of evidence and filing of a meritless case.  The payment will make SaveAround whole for legal costs and provide small (although inadequate) compensation for business interruption.

SaveAround would appreciate a response to this demand by December 27, 2025, so that it may avoid incurring unnecessary legal costs.  In view of the upcoming Christmas and New Year's holidays, if Mr. Hewett requests, SaveAround will consider extending more time to Mr. Hewett to consider and respond to this demand.

Very truly yours,

ELLIS & WINTERS LLP

Kelly Margolis Dagger