IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | | |
|---|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | DEFENDANT'S CONSENT MOTION TO STAY DISCOVERY AND |
| v. | ) ) | DISPOSITIVE MOTION DEADLINES PENDING RULING ON PLAINTIFF'S |
| ENJOY THE CITY NORTH, INC. d/b/a SAVEAROUND, | ) ) ) | MOTION TO ENFORCE SETTLEMENT AGREEMENT |
| Defendant. | ) ) | |

Defendant Enjoy the City North, Inc. d/b/a SaveAround ("SaveAround"), through counsel, hereby moves the Court to stay all discovery and dispositive motion deadlines pending its ruling on Plaintiff's Motion to Enforce Settlement Agreement or, in the Alternative, for Dismissal [D.E. 29] (the "motion to enforce"). In support of this motion, SaveAround respectfully shows the following:

1. Plaintiff Jason Hewett brought this case against SaveAround alleging claims, on behalf of himself and putative classes, for alleged violation of the Telephone Consumer Protection Act and its state law analogue.

2. On SaveAround's motion, the Court stayed class discovery until after the disposition of SaveAround's anticipated motion for summary judgment. The parties engaged in written discovery on Mr. Hewett's individual claims. Settlement negotiations followed. Then, Mr. Hewett filed a motion to enforce, which SaveAround opposes.

3. The deadline for discovery is April 30, 2026. All potentially dispositive motions must be filed by June 1, 2026. [D.E. 20].

4. SaveAround has not yet completed discovery on Mr. Hewett's individual claims. For example, SaveAround intends to take Mr. Hewett's deposition. However, Mr. Hewett does not wish to appear for a deposition that he contends is unnecessary because the parties already reached a settlement in his view. SaveAround contends that the parties did not reach a settlement and that discovery should continue so that SaveAround can prepare to move for summary judgment.

5. Despite their differences, both parties understand that the outcome of the motion to enforce will affect whether additional discovery is necessary. To promote efficiency, the parties agreed that SaveAround would move to stay discovery and dispositive motion deadlines pending the Court's resolution of the motion to enforce. SaveAround therefore respectfully requests that the Court stay the deadlines in the scheduling order for the close of discovery and for the filing of dispositive motions, and that the Court reset those deadlines if needed after the resolution of the motion to enforce. If the Court grants the motion, the parties do not anticipate a need for further discovery. If the Court denies the motion, the parties will confer and submit a revised proposed discovery schedule to the Court at that time.

6. Undersigned counsel for SaveAround conferred with counsel for Mr. Hewett, and Mr. Hewett consents to the relief sought by this motion. By consenting to this motion, Mr. Hewett does not concede or waive any argument with respect to the motion to enforce; to the contrary, it is his position that the case has been settled and thus no discovery is necessary.

7. Staying discovery as described above will promote efficiency without unduly delaying this litigation.

For the reasons stated above, SaveAround respectfully requests that the Court stay the discovery and dispositive motion deadlines pending its resolution of the motion to enforce.

This the 27th day of March, 2026.

ELLIS & WINTERS LLP

/s/ Kelly Margolis Dagger
Kelly Margolis Dagger
N.C. State Bar No. 44329
Marie Scheperle
N.C. State Bar No. 64748
Chelsea Pieroni
N.C. State Bar No. 59816
P.O. Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
kelly.dagger@elliswinters.com
marie.scheperle@elliswinters.com
chelsea.pieroni@elliswinters.com

*Counsel for Defendant Enjoy the City North, Inc. d/b/a SaveAround*

3