IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

| | | |
|---|---|---|
| JASON HEWETT, individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT'S CONSENT MOTION TO STAY DISCOVERY AND DISPOSITIVE |
| v. | ) ) | MOTION DEADLINES PENDING RULING ON PLAINTIFF'S MOTION TO |
| ENJOY THE CITY NORTH, INC. d/b/a SAVEAROUND, | ) ) | ENFORCE SETTLEMENT AGREEMENT |
| Defendant. | ) ) | |

This matter comes before the Court on the consent motion of Defendant Enjoy the City North, Inc. d/b/a SaveAround, to stay all discovery and dispositive motion deadlines pending the Court's ruling on Plaintiff's Motion to Enforce Settlement Agreement or, in the Alternative, for Dismissal [D.E. 29] (the "motion to enforce"). For good cause shown, the motion to stay is GRANTED. The deadlines in the Scheduling Order [D.E. 20] for the close of discovery and the filing of potentially dispositive deadlines are hereby STAYED pending further order of the Court. Within fourteen days of the Court's ruling on the motion to enforce, the parties shall file a notice informing the Court whether additional discovery is needed and, if so, proposing deadlines for the same.

SO ORDERED, this the ___ day of _____, 2026.

_____
JAMES C. DEVER III
United States District Judge