IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CIVIL ACTION NO. 7:25-CV-000973-D-BM

JASON HEWETT, individually and on
behalf of all others similarly situated,

        Plaintiff,

    v.

ENJOY THE CITY NORTH, INC.
d/b/a SAVEAROUND,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

ORDER GRANTING DEFENDANT'S
CONSENT MOTION TO STAY
DISCOVERY AND DISPOSITIVE
MOTION DEADLINES PENDING
RULING ON PLAINTIFF'S MOTION TO
ENFORCE SETTLEMENT
AGREEMENT

This matter comes before the Court on the consent motion of Defendant Enjoy the City

North, Inc. d/b/a SaveAround, to stay all discovery and dispositive motion deadlines pending the

Court's ruling on Plaintiff's Motion to Enforce Settlement Agreement or, in the Alternative, for

Dismissal [D.E. 29] (the "motion to enforce"). For good cause shown, the motion to stay is

GRANTED. The deadlines in the Scheduling Order [D.E. 20] for the close of discovery and the

filing of potentially dispositive deadlines are hereby STAYED pending further order of the Court.

Within fourteen days of the Court's ruling on the motion to enforce, the parties shall file a notice

informing the Court whether additional discovery is needed and, if so, proposing deadlines for

the same.

SO ORDERED, this the __3 1__ day of March, 2026.

 

                                 JAMES C. DEVER III
                                 United States District Judge