UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JASON HEWETT,                           )
                                        )
                                        )
            Plaintiff,                  )
                                        )        **JUDGMENT IN A CIVIL CASE**
vs.                                     )        **CASE NO. 7:25-CV-973-D-BM**
                                        )
ENJOY THE CITY NORTH INC.,              )
                                        )
                                        )
                                        )
            Defendant.                  )


**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion under Rule 41(a)(2) [D.E. 29], DENIES AS MOOT plaintiff's motion to strike [D.E. 7], and DISMISSES WITH PREJUDICE the action.

This Judgment filed and entered on May 28, 2026, and copies to:
Counsel via cm/ecf notification


May 28, 2026                                    Peter A. Moore, Jr.
                                                Clerk of Court



                                        By: /s/ Amber Harrison
                                            Deputy Clerk